# MONTHLY FINANCIAL REPORT
## OFFICE OF THE U.S. TRUSTEE
## EASTERN DISTRICT OF WISCONSIN

Case Name **Citywide Investments**       Case No. **17-22900 SVK**

FOR MONTH OF **August**, 20**17**

## I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---|
| A. | CASH ON HAND START OF MONTH | 3465.86 |
| B. | RECEIPTS | 5754.00 |
| C. | DISBURSEMENTS | 6131.44 * |
| D. | NET RECEIPTS (DISBURSEMENTS) | (377.44) |
| E. | CASH ON HAND END OF MONTH | 3188.42 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | | |
|---|---|---|
| A. | NET SALES | 5754.00 |
| B. | COST OF SALES | 0 |
| C. | GROSS PROFIT | 5754.00 |
| D. | TOTAL OPERATING EXPENSES | 6131. |
| E. | NET INCOME (LOSS) FROM OPERATIONS | (377.44) |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | 0 |
| G. | NET INCOME (LOSS) | (377.44) |

\* $606.02 Loan from RPM

1

Case 17-22900-gmh    Doc 40    Filed 09/20/17    Page 1 of 17

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
(Attach Copies of Bank Statements & Bank Reconciliations)

Depository Name & Location: US Bank
Muskego WI 53150

Beginning Cash Balance Per Books $ 3465.86

**Receipts:**

| | |
|---|---|
| Sales (Cash **ONLY**) | $ 5754.00 |
| Collection of Accounts Receivable | 0 |
| Proceeds from Sale of Assets | 0 |
| Interest Income | 0 |
| Other Income (Specify) | 0 |
| Total Receipts (Per Attached Itemized Listing) | $ 5754.00 |

**Disbursements:**

| | |
|---|---|
| Purchases of Inventory | $ 0 |
| Officer Compensation | 0 |
| Salaries & Wages - Other Employees | 4096.00 * |
| Employee Benefits | 0 |
| Legal & Professional Fees | 0 |
| Payroll Taxes | 0 |
| Other Taxes (Specify) | 0 |
| Payments to Mortgagees | 4164.70 |
| Rent | 0 |
| Lease Payments | 0 |
| Automobile Expenses | 0 |
| Insurance | 391.07 |
| Utilities | 697.42 |
| Supplies | 0 |
| Other (Specify) | 166.02 |
| | 0 |
| Total Disbursements (Per Attached Itemized Listing) | $ 6131.44 |

Net Receipts (Disbursements) $ 6131.44

Ending Cash Balance Per Books $ 3188.42

\* $340.00 pd by RPM - Repairs & Maint

## IV. BALANCE SHEET

### ASSETS

*Current*

| | | |
|---|---|---|
| Cash | $ 5754.00 | |
| Inventory | 0 | |
| Accounts Receivable | 0 | |
| Other (specify) | 0 | |
| Total Current Assets | | $ 5754.00 |

*Fixed*

| | | |
|---|---|---|
| Property and Equipment | 10,547.14 | |
| Accumulated Depreciation | < > | |
| Other (specify) Rental properties | 398,000.00 | |
| Total Fixed Assets | | 408,457.14 |
| Total Assets | | $ 414,211.14 |

### LIABILITIES

*Current*

| | | |
|---|---|---|
| Post Chapter 11 Payables | $ 0 | |
| Post-Petition Taxes Payable | 173,240.07 | |
| Accrued Professional Fees | 0 | |
| Other (specify) non property | 418,306.27 | |
| Total Current Liabilities | | $ 591,546.34 |

*Long Term Debt*

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ 0 | |
| Notes & Loan Payable mortgages | 55,083.24 | |
| Other (specify) | 0 | |
| Total Long Term Debt | | 55,083.24 |
| Total Liabilities | | 646,629.58 |

### STOCKHOLDERS EQUITY/<DEFICIT>

| | | |
|---|---|---|
| Capital Stock | $ 0 | |
| Retained Earnings (Deficit) | 0 | |
| Current Surplus (Deficit) | 0 | |
| Total Stockholders Equity | | $ 0 |
| Total Liabilities & Stockholder Equity | | $ 1,060,840.72 |

# Citywide Investments, LLC
## Account QuickReport
### August 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| **Rental Income** | | | | | | |
| **1313 W. Rodgers (Lower)** | | | | | | |
| Deposit | 08/07/2017 | chk | Rent from Tenant | Deposit | US Bank 0120 | 100.00 |
| Deposit | 08/11/2017 | 5424 | Rent from Tenant | Deposit | US Bank 0120 | 150.00 |
| Deposit | 08/15/2017 | 5437 | Rent from Tenant | Deposit | US Bank 0120 | 132.00 |
| Total 1313 W. Rodgers (Lower) | | | | | | 382.00 |
| **1313 W. Rodgers (Upper)** | | | | | | |
| Deposit | 08/11/2017 | MO 4724 | Rent from Tenant | Deposit | US Bank 0120 | 450.00 |
| Total 1313 W. Rodgers (Upper) | | | | | | 450.00 |
| **1441 S. Comstock** | | | | | | |
| Deposit | 08/11/2017 | MO 4001 | Rent from Tenant | Deposit | US Bank 0120 | 575.00 |
| Total 1441 S. Comstock | | | | | | 575.00 |
| **2146 S. 16th** | | | | | | |
| Deposit | 08/07/2017 | MO | Rent from Tenant | Deposit | US Bank 0120 | 800.00 |
| Total 2146 S. 16th | | | | | | 800.00 |
| **2214 S. 15th** | | | | | | |
| Deposit | 08/11/2017 | MO 2217 | Rent from Tenant | Deposit | US Bank 0120 | 525.00 |
| Total 2214 S. 15th | | | | | | 525.00 |
| **2258 S. Chase (Rear)** | | | | | | |
| Deposit | 08/07/2017 | chk | Rent from Tenant | Deposit | US Bank 0120 | 117.00 |
| Deposit | 08/11/2017 | 5422 | Rent from Tenant | Deposit | US Bank 0120 | 250.00 |
| Deposit | 08/15/2017 | 5445 | Rent from Tenant | Deposit | US Bank 0120 | 150.00 |
| Total 2258 S. Chase (Rear) | | | | | | 517.00 |
| **2258 S. Chase (Upper)** | | | | | | |
| Deposit | 08/07/2017 | cash | Rent from Tenant | Deposit | US Bank 0120 | 250.00 |
| Total 2258 S. Chase (Upper) | | | | | | 250.00 |
| **2335 S. 7th (Lower)** | | | | | | |
| Deposit | 08/11/2017 | 5421 | Rent from Tenant | Deposit | US Bank 0120 | 125.00 |
| Deposit | 08/15/2017 | 5443 | Rent from Tenant | Deposit | US Bank 0120 | 200.00 |
| Total 2335 S. 7th (Lower) | | | | | | 325.00 |
| **2335 S. 7th (Upper)** | | | | | | |
| Deposit | 08/07/2017 | MO | Rent from Tenant | Deposit | US Bank 0120 | 580.00 |
| Total 2335 S. 7th (Upper) | | | | | | 580.00 |
| **3039 S. 7th (Lower)** | | | | | | |
| Deposit | 08/15/2017 | cash | Rent from Tenant | $100/deposit ... | US Bank 0120 | 300.00 |
| Total 3039 S. 7th (Lower) | | | | | | 300.00 |
| **3039 S. 7th (Upper)** | | | | | | |
| Deposit | 08/11/2017 | MO 6729 | Rent from Tenant | Deposit | US Bank 0120 | 225.00 |
| Deposit | 08/11/2017 | MO 2600 | Rent from Tenant | Deposit | US Bank 0120 | 225.00 |
| Deposit | 08/15/2017 | cash | Rent from Tenant | Deposit | US Bank 0120 | 300.00 |
| Total 3039 S. 7th (Upper) | | | | | | 750.00 |
| **5437 N. 38th (Lower)** | | | | | | |
| Deposit | 08/07/2017 | MO | Rent from Tenant | Deposit | US Bank 0120 | 300.00 |
| Total 5437 N. 38th (Lower) | | | | | | 300.00 |
| Total Rental Income | | | | | | 5,754.00 |
| **TOTAL** | | | | | | **5,754.00** |

# RPM Services
## Account QuickReport
### August 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Loan from RPM to Citywide** | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Total 1313 Rogers | | | | | | 55.75 |
| **1441 Comstock** | | | | | | |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 08/29/2017 | | Menards | Neil plumbing ... | Southwest 353... | 29.36 |
| Total 1441 Comstock | | | | | | 77.77 |
| **1725 S. 24th** | | | | | | |
| Check | 08/02/2017 | 1111 | Neil Bliese | labor repairs/... | ADP Wages (U... | 150.00 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Total 1725 S. 24th | | | | | | 206.25 |
| **2146 S. 16th** | | | | | | |
| Deposit | 08/14/2017 | | Citywide Investments | mortgage | WaterStone Ba... | -394.08 |
| Total 2146 S. 16th | | | | | | -394.08 |
| **2214 S. 15th** | | | | | | |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Total 2214 S. 15th | | | | | | 51.75 |
| **2335 S. 7th** | | | | | | |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Total 2335 S. 7th | | | | | | 55.75 |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 08/03/2017 | | Menards | steel door | Bass Pro 7194... | 136.22 |
| Credit Card Charge | 08/03/2017 | | Menards | tub surroune, ... | Bass Pro 7194... | 309.31 |
| Credit Card Charge | 08/04/2017 | | Home Depot | joint compoun... | Bass Pro 7194... | 26.13 |
| Credit Card Charge | 08/05/2017 | | Menards | paint, masks, ... | Bass Pro 7194... | 52.99 |
| Credit Card Charge | 08/05/2017 | | Menards | joint compound | Bass Pro 7194... | 6.81 |
| Credit Card Charge | 08/05/2017 | | Walgreens | Drano | Bass Pro 7194... | 13.19 |
| Check | 08/07/2017 | 5420 | Victor Reyes | repairs/mainte... | US Bank Chec... | 290.00 |
| Credit Card Charge | 08/07/2017 | | Menards | paint, sand te... | Bass Pro 7194... | 7.02 |
| Credit Card Charge | 08/07/2017 | | Home Depot | corner bead | Bass Pro 7194... | 2.08 |
| Credit Card Charge | 08/07/2017 | | Home Depot | Damian windo... | Bass Pro 7194... | 39.58 |
| Credit Card Charge | 08/08/2017 | | Menards | cement board... | Bass Pro 7194... | 105.65 |
| Credit Card Credit | 08/10/2017 | | Menards | tile cutter | Bass Pro 7194... | -20.03 |
| Credit Card Charge | 08/10/2017 | | Menards | saw blade, cle... | Bass Pro 7194... | 34.12 |
| Credit Card Charge | 08/12/2017 | | Walgreens | Drano | Bass Pro 7194... | 11.07 |
| Credit Card Credit | 08/14/2017 | | Menards | steel door ret... | Bass Pro 7194... | -146.03 |
| Credit Card Charge | 08/14/2017 | | Menards | door, bathroo... | Bass Pro 7194... | 273.55 |
| Credit Card Credit | 08/14/2017 | | Menards | stud return | Bass Pro 7194... | -4.21 |
| Credit Card Charge | 08/14/2017 | | Menards | lumber | Bass Pro 7194... | 21.72 |
| Credit Card Credit | 08/15/2017 | | Menards | bowl ring return | Bass Pro 7194... | -1.89 |
| Credit Card Charge | 08/15/2017 | | Menards | nails, mouse ... | Bass Pro 7194... | 19.99 |
| Credit Card Charge | 08/15/2017 | | Menards | tile, lumber, s... | Bass Pro 7194... | 32.80 |
| Credit Card Credit | 08/16/2017 | | Menards | thermostat ret... | Bass Pro 7194... | -21.07 |
| Credit Card Charge | 08/16/2017 | | Home Depot | hardware, bat... | Bass Pro 7194... | 18.59 |
| Total 3039 S. 7th | | | | | | 1,259.42 |
| **5437 N. 38th** | | | | | | |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Deposit | 08/14/2017 | | Citywide Investments | mortgage | WaterStone Ba... | -776.86 |
| Total 5437 N. 38th | | | | | | -705.53 |

Case 17-22900-gmh    Doc 40    Filed 09/20/17    Page 5 of 17

7:43 AM
09/08/17
Accrual Basis

# RPM Services
## Account QuickReport
### August 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Supplies** | | | | | | |
| Deposit | 08/14/2017 | | Citywide Investments | Deposit | WaterStone Ba... | -1.06 |
| Total Supplies | | | | | | -1.06 |
| Total Loan from RPM to Citywide | | | | | | 606.02 |
| **TOTAL** | | | | | | **606.02** |

# Citywide Investments, LLC
## Account QuickReport
### August 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Utilities** | | | | | | |
| **2335 S. 7th** | | | | | | |
| Check | 08/07/2017 | 5044 | We Energies | | US Bank 0120 | 280.68 |
| Total 2335 S. 7th | | | | | | 280.68 |
| **25933 Muskego Dam Rd.** | | | | | | |
| Check | 08/23/2017 | 5055 | We Energies | Office | US Bank 0120 | 217.23 |
| Total 25933 Muskego Dam Rd. | | | | | | 217.23 |
| **Pedestal** | | | | | | |
| Check | 08/23/2017 | 5055 | We Energies | | US Bank 0120 | 182.52 |
| Total Pedestal | | | | | | 182.52 |
| **State Rd. 36** | | | | | | |
| Check | 08/23/2017 | 5055 | We Energies | | US Bank 0120 | 16.99 |
| Total State Rd. 36 | | | | | | 16.99 |
| Total Utilities | | | | | | 697.42 |
| **TOTAL** | | | | | | **697.42** |

# Citywide Investments, LLC
## Account QuickReport
### August 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Contractor** | | | | | | |
| **2258 S. Chase** | | | | | | |
| Check | 08/14/2017 | 5046 | Brandon Nelson | repairs/mainte... | US Bank 0120 | 25.00 |
| Check | 08/21/2017 | 5051 | Dennis Dalgord | repairs/mainte... | US Bank 0120 | 320.00 |
| Check | 08/21/2017 | 5052 | John Bracey | repairs/mainte... | US Bank 0120 | 48.00 |
| Check | 08/21/2017 | 5053 | Orlando Rinas | Repairs/maint... | US Bank 0120 | 100.00 |
| Check | 08/26/2017 | 5057 | Ricky Elmore | repairs/mainte... | US Bank 0120 | 400.00 |
| Check | 08/28/2017 | 5058 | James Harach | repairs/mainte... | US Bank 0120 | 200.00 |
| Check | 08/31/2017 | 5059 | Ricky Elmore | haul debris | US Bank 0120 | 280.00 |
| Total 2258 S. Chase | | | | | | 1,373.00 |
| **3039 S. 7th** | | | | | | |
| Check | 08/07/2017 | 5043 | Carpet's Plus | Replace Carpet | US Bank 0120 | 700.00 |
| Check | 08/14/2017 | 5048 | Jackie Johnson | repairs/mainte... | US Bank 0120 | 56.00 |
| Check | 08/21/2017 | 5054 | Damian Meredith | Repairs/maint... | US Bank 0120 | 500.00 |
| Total 3039 S. 7th | | | | | | 1,256.00 |
| **3039 S. 7th (upper)** | | | | | | |
| Check | 08/03/2017 | 5042 | Damian Meredith | repairs/mainte... | US Bank 0120 | 567.00 |
| Total 3039 S. 7th (upper) | | | | | | 567.00 |
| **Haul Debris** | | | | | | |
| Check | 08/24/2017 | 5056 | Ricky Elmore | | US Bank 0120 | 460.00 |
| Total Haul Debris | | | | | | 460.00 |
| Total Contractor | | | | | | 3,656.00 |
| **TOTAL** | | | | | | **3,656.00** |

# Citywide Investments, LLC
## Account QuickReport
### August 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Repairs/Maintenance** | | | | | | |
|   **3039 S. 7th** | | | | | | |
|     Check | 08/14/2017 | 5045 | RPM Services and ... | wall plates | US Bank 0120 | 7.30 |
|   Total 3039 S. 7th | | | | | | 7.30 |
| **Total Repairs/Maintenance** | | | | | | 7.30 |
| **TOTAL** | | | | | | 7.30 |

# Citywide Investments, LLC
## Register QuickReport
### August 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **RPM Services and Management** | | | | | | | |
| Check | 08/14/2017 | 1 | | 2146 S. 16th Mortga... | | US Bank 0120 | -394.08 |
| Check | 08/14/2017 | 1 | | 5437 N. 38th Mortga... | | US Bank 0120 | -770.62 |
| Total RPM Services and Management | | | | | | | -1,164.70 |
| **TOTAL** | | | | | | | **-1,164.70** |

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)

A. Related to Business Operations:
    Total Revenue (Sales)                                       $ 5754.00

    Less: Cost of Goods Sold:
        Beginning Inventory at Cost           $    0
        Add: Purchases                             0
        Less: Ending Inventory at Cost             0
    Cost of Goods Sold                                                 0

    Gross Profit                                                 5754.00

    Less: Operating Expenses:
        Officer Compensation                       0
        Salaries and Wages -- Other Employees      0
        Employee Benefits and pensions             0
        Payroll Taxes                              0
        Real Estate Taxes                          0
        Federal and State Income Taxes             0
        Rent and Lease Exp.(Real & Personal Property)  0
        Interest Expense (Mortgage, Loan, etc.)    0
        Insurance                             391.07
        Automobile Expense                         0
        Utilities (Gas, Electricity, Water, Telephone, etc.) 697.42
        Depreciation and Amortization              0
        Repairs and Maintenance             3870.95
        Advertising                                0
        Supplies, Office Expenses, Photocopies, etc.  0
        Bad Debts                                  0
        Miscellaneous Operating Expenses Mortgages  1164.70 [?]

    Total Operating Expenses                                     6131.10

    Net Income (Loss) from Operations                            (377.10)

B. Not Related to Business Operations:

    Revenue:
        Interest Income                            0
        Net Gain (Loss) on Sale of Assets          0
        Other Non-Operating Revenues (Specify)     0

    Total Non-Operating Revenue                                        0

    Expenses:
        Legal and Professional Fees (Specify)      0
        Other Non-Operating Expenses (Specify)     0

    Total Non-Operating Expenses                                       0

NET INCOME/LOSS FOR PERIOD                                    $ (377.10)

## V. SUPPORTING SCHEDULES

1. **OTHER MONIES ON HAND** (Specify type, location, and amount; i.e. petty cash, cash on hand, etc.):

   _____

   _____

   _____

2. **AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE** (exclude pre-petition accounts payable):

   |  |  | Accts Payable | Accts Receivable |
   |---|---|---|---|
   | Current | Under 30 Days | $ | $ |
   | Overdue | 31-60 Days | | |
   | Overdue | 61-90 Days | N/A | N/A |
   | Overdue | 91-120 Days | | |
   | Overdue | Over 121 Days | | |
   |  | Total | $ | $ |

   Itemize all post-petition payables over 30 days old on a separate schedule.

3. **ACCRUED PROFESSIONAL FEES (POST PETITION)**

   | Name/Profession | Amount Due |
   |---|---|
   | US Trustee | 325.00 |
   |  |  |
   |  |  |
   |  |  |

4. **STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS**

   | Name of Creditor/ Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
   |---|---|---|---|---|
   | First Citizens | monthly | 1164.70 | 8/15 | 0 |

   *Include Only Post Petition Payments.
   Explanation for Non Payment:

7

Case 17-22900-gmh    Doc 40    Filed 09/20/17    Page 12 of 17

## VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

|  | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | | | | |
| Employer's FICA | | | | |
| Federal Employee Withholding | | | | |
| Federal Unemployment Taxes | | | | |
| Federal Income Taxes | | | | |
| State Income Taxes | | | | |
| State Unemployment Taxes | | | | |
| State Employee Withholding | | | | |
| State Sales & Use Taxes | | | | |
| Real Estate Taxes | | | | |
| Personal Property Taxes | | | | |
| Other Taxes (Specify): City of Milwaukee | | | | 173,240.07 |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

## VII. DECLARATION

I, John M Nazario, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

John M Nazario
Print Name & Capacity of Person signing this Declaration

Date: 9/9/17

Signature: [signed]

Name, Title & Telephone No. of Preparer:
Kat Rowe
Office Manager
262-895-6638

9

**WATERSTONE BANK, SSB**
11200 W Plank Court
Wauwatosa WI 53226

Last statement: July 16, 2017
This statement: August 16, 2017
Total days in statement period: 31

Page 1 of 2
803-1
(0)

Direct inquiries to:
414-761-1000, 888-686-7272

RPM SERV AND MGMT LLC
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

Waterstone Bank, Ssb
11200 W Plank Court
Wauwatosa WI 53226

OFFER YOUR EMPLOYEES A GREAT BENEFIT THROUGH OUR BRAVO PROGRAM. IT IS A UNIQUE, NO-COST OPPORTUNITY THAT WILL PROVIDE GREAT BENEFITS TO YOU AND YOUR EMPLOYEES. FOR MORE INFORMATION VISIT WSBONLINE.COM OR CALL CUSTOMER SERVICE AT 414.761.1000.

## Business Interest Checking

| | | | |
|---|---|---|---|
| Account number | 803-1 | Beginning balance | $2,572.81 |
| Average balance | $1,477.34 | Total additions | 1,174.02 |
| | | Total subtractions | 1,584.64 |
| | | Ending balance | $2,162.19 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-17 | ' Auto Ln Paymt Wd<br>AUTOMATIC LOAN PAY | 403.70 |
| 07-17 | ' Preauthorized Wd<br>FIRST CITIZENS EXTRNL XFR<br>ACH LOAN PMT #530923 | 776.86 |
| 08-08 | ' Preauthorized Wd<br>TOSA BIB FEES BIB FEES 170808 | 10.00 |
| 08-15 | ' Auto Ln Paymt Wd<br>AUTOMATIC LOAN PAY | 394.08 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-14 | Deposit | 1,172.00 |
| 08-16 | ' Credit<br>E STATEMENT CREDIT | 2.00 |
| 08-16 | ' Interest Credit | 0.02 |


Member FDIC


EQUAL HOUSING LENDER



**Business Statement**
Account Number: ⁞ 0120
Statement Period:
Aug 1, 2017
through
Aug 31, 2017

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2167   TRN   Y   ST01



000080215 01 SP     106481186973432 E
ESTATE OF CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

To Contact U.S. Bank
**24-Hour Business Solutions:** 1-800-673-3555

U.S. Bank accepts Relay Calls
Internet: usbank.com

## INFORMATION YOU SHOULD KNOW

**At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering.**
We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Beginning later this year we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

**What may be required for a cash transaction?**
This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. For your convenience, our branches will be able to collect the additional information in advance of the requirement that becomes mandatory later this year. Thank you for your assistance.

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## SILVER BUSINESS CHECKING
U.S. Bank National Association                                    **Member FDIC**
                                                    Account Number   I-0120

### Account Summary

|  | # Items | $ |  |
|---|---|---|---|
| Beginning Balance on Aug 1 |  |  | 6,963.38 |
| Customer Deposits | 3 |  | 5,754.00 |
| Other Withdrawals | 1 |  | 20.00- |
| Checks Paid | 20 |  | 9,881.44- |
| **Ending Balance on Aug 31, 2017** |  | **$** | **2,815.94** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Aug 7 | 8058607523 | 2,147.00 |  | Aug 17 | 8954078871 | 1,082.00 |
|  | Aug 11 | 9255470988 | 2,525.00 |  |  |  |  |
|  |  |  |  |  | **Total Customer Deposits** | **$** | **5,754.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug 14 | Analysis Service Charge | 1400000000 | $ 20.00- |
|  |  | **Total Other Withdrawals** | **$ 20.00-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5014 | Aug 24 | 8953911066 | 106.02 | 5044 | Aug 8 | 8357463301 | 280.68 |
| 5040* | Aug 8 | 8358249712 | 300.00 | 5045 | Aug 15 | 8355281273 | 1,172.00 |
| 5041 | Aug 4 | 9253022608 | 3,500.00 | 5046 | Aug 17 | 8950430331 | 25.00 |
| 5042 | Aug 7 | 8051772228 | 567.00 | 5047 | Aug 17 | 8951889755 | 100.00 |
| 5043 | Aug 10 | 8951807808 | 700.00 | 5048 | Aug 15 | 8358601500 | 56.00 |



ESTATE OF CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

**Business Statement**
Account Number:
0120

Statement Period:
Aug 1, 2017
through
Aug 31, 2017

Page 2 of 2



## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association  
Account Number  -0120

**Checks Presented Conventionally (continued)**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5049 | Aug 18 | 9254426430 | 350.00 | 5054 | Aug 22 | 8357412890 | 500.00 |
| 5050 | Aug 18 | 9254425760 | 280.00 | 5055 | Aug 25 | 9254226593 | 416.74 |
| 5051 | Aug 22 | 8353234162 | 320.00 | 5056 | Aug 25 | 9254421606 | 460.00 |
| 5052 | Aug 22 | 8352114766 | 48.00 | 5057 | Aug 29 | 8357448109 | 400.00 |
| 5053 | Aug 24 | 8951739806 | 100.00 | 5058 | Aug 29 | 8357046216 | 200.00 |

\* Gap in check sequence

**Conventional Checks Paid (20)**    $    9,881.44-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 4 | 3,463.38 | Aug 14 | 6,267.70 | Aug 22 | 4,498.70 |
| Aug 7 | 5,043.38 | Aug 15 | 5,039.70 | Aug 24 | 4,292.68 |
| Aug 8 | 4,462.70 | Aug 17 | 5,996.70 | Aug 25 | 3,415.94 |
| Aug 10 | 3,762.70 | Aug 18 | 5,366.70 | Aug 29 | 2,815.94 |
| Aug 11 | 6,287.70 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: July 2017

| | | | |
|---|---|---|---|
| Account Number: | -0120 | $ | 20.00 |
| Analysis Service Charge assessed to | -0120 | $ | 20.00 |

**Service Activity Detail for Account Number  -0120**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 30 | | No Charge |
| Snapshot Statement/Copy | 2 | 10.00000 | 20.00 |
| Subtotal: Depository Services | | | 20.00 |
| Fee Based Service Charges for Account Number  -0120 | | $ | 20.00 |