# MONTHLY FINANCIAL REPORT
## OFFICE OF THE U.S. TRUSTEE
## EASTERN DISTRICT OF WISCONSIN

Case Name **Citywide Investments**  Case No. **17-22900-SVK**

FOR MONTH OF **September**, 20**17**

## I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---|
| A. | CASH ON HAND START OF MONTH | 3188.42 |
| B. | RECEIPTS | 6554.00 |
| C. | DISBURSEMENTS | 6015.99 * |
| D. | NET RECEIPTS (DISBURSEMENTS) | 538.01 |
| E. | CASH ON HAND END OF MONTH | 3726.43 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | | |
|---|---|---|
| A. | NET SALES | 6554.00 |
| B. | COST OF SALES | 0 |
| C. | GROSS PROFIT | 6554.00 |
| D. | TOTAL OPERATING EXPENSES | 6015.99 * |
| E. | NET INCOME (LOSS) FROM OPERATIONS | 538.01 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | 0 |
| G. | NET INCOME (LOSS) | 538.01 |

\* From RPM - $387.98

1

Case 17-22900-gmh    Doc 46    Filed 10/19/17    Page 1 of 15

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)

A. Related to Business Operations:
    *Total Revenue (Sales)*      $ 3188.42

   Less: Cost of Goods Sold:
     Beginning Inventory at Cost    $ 0
     Add: Purchases    0
     Less: Ending Inventory at Cost    0
   Cost of Goods Sold    0

   Gross Profit    3188.42

   *Less: Operating Expenses:*
    Officer Compensation
    Salaries and Wages -- Other Employees
    Employee Benefits and pensions
    Payroll Taxes
    Real Estate Taxes
    Federal and State Income Taxes
    Rent and Lease Exp.(Real & Personal Property)
    Interest Expense (Mortgage, Loan, etc.)
    Insurance    387.98 *
    Automobile Expense
    Utilities (Gas, Electricity, Water, Telephone, etc.)    690.15
    Depreciation and Amortization
    Repairs and Maintenance    4039.86
    Advertising
    Supplies, Office Expenses, Photocopies, etc.
    Bad Debts
    Miscellaneous Operating Expenses *Mortgage*    1164.70

   Total Operating Expenses    6015.99

   Net Income (Loss) from Operations    538.01

B. Not Related to Business Operations:

   *Revenue:*
    Interest Income    0
    Net Gain (Loss) on Sale of Assets    0
    Other Non-Operating Revenues (Specify)    0

   Total Non-Operating Revenue    0

   *Expenses:*
    Legal and Professional Fees (Specify)    0
    Other Non-Operating Expenses (Specify)    0

   Total Non-Operating Expenses

NET INCOME/LOSS FOR PERIOD    $ 538.01

\* Paid by RPM

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
(Attach Copies of Bank Statements & Bank Reconciliations)

Depository Name & Location: __US Bank__
__Muskego, WI 53150__

Beginning Cash Balance Per Books  $ 3188.42

**Receipts:**

| | |
|---|---|
| Sales (Cash **ONLY**) | $ 6554.00 |
| Collection of Accounts Receivable | 0 |
| Proceeds from Sale of Assets | 0 |
| Interest Income | 0 |
| Other Income (Specify) | 0 |
| Total Receipts (Per Attached Itemized Listing) | $ 6554.00 |

**Disbursements:**

| | |
|---|---|
| Purchases of Inventory | $ 0 |
| Officer Compensation | 0 |
| Salaries & Wages - Other Employees | 4039.86 |
| Employee Benefits | 0 |
| Legal & Professional Fees | 898.00 — evictions |
| Payroll Taxes | 0 |
| Other Taxes (Specify) | 0 |
| Payments to Mortgagees | 1164.70 |
| Rent | 0 |
| Lease Payments | 0 |
| Automobile Expenses | 0 |
| Insurance | 387.98 * |
| Utilities | 690.15 |
| Supplies | 0 |
| Other (Specify) | 0 |
| | 0 |
| Total Disbursements (Per Attached Itemized Listing) | $ 6015.99 |

Net Receipts (Disbursements)  $ 6015.99

Ending Cash Balance Per Books  $ 3726.43

\* Pd by RPM

3

## IV. BALANCE SHEET

### ASSETS

*Current*

| | | |
|---|---|---|
| Cash | $ 6554.00 | |
| Inventory | 0 | |
| Accounts Receivable | 0 | |
| Other (specify) | 0 | |
| Total Current Assets | | $ 6554.00 |

*Fixed*

| | | |
|---|---|---|
| Property and Equipment | 10,547.14 | |
| Accumulated Depreciation | < > | |
| Other (specify) | 398,000.00 | |
| Total Fixed Assets | | 408,457.14 |
| Total Assets | | $ 415,011.14 |

### LIABILITIES

*Current*

| | | |
|---|---|---|
| Post Chapter 11 Payables | $ 0 | |
| Post-Petition Taxes Payable | 173,240.67 | |
| Accrued Professional Fees | 0 | |
| Other (specify) | 418,306.27 | |
| Total Current Liabilities | | $ 591,546.34 |

*Long Term Debt*

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ 0 | |
| Notes & Loan Payable mortgages | 54,046.54 | |
| Other (specify) | 0 | |
| Total Long Term Debt | | 54,046.54 |
| Total Liabilities | | 645,592.88 |

### STOCKHOLDERS EQUITY/<DEFICIT>

| | | |
|---|---|---|
| Capital Stock | $ 0 | |
| Retained Earnings (Deficit) | 0 | |
| Current Surplus (Deficit) | 0 | |
| Total Stockholders Equity | | $ 0 |
| Total Liabilities & Stockholder Equity | | $ 1,060,604.02 |

6

Case 17-22900-gmh    Doc 46    Filed 10/19/17    Page 4 of 15

## V. SUPPORTING SCHEDULES

1. __OTHER MONIES ON HAND__ (Specify type, location, and amount; i.e. petty cash, cash on hand, etc.):

   _____
   _____
   _____

2. __AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE__ (exclude pre-petition accounts payable):

   |  | | Accts Payable | Accts Receivable |
   |---|---|---|---|
   | Current | Under 30 Days | $ | $ |
   | Overdue | 31-60 Days | | |
   | Overdue | 61-90 Days | N/A | N/A |
   | Overdue | 91-120 Days | | |
   | Overdue | Over 121 Days | | |
   | | Total | $ | $ |

   Itemize all post-petition payables over 30 days old on a separate schedule.

3. __ACCRUED PROFESSIONAL FEES (POST PETITION)__

   | Name/Profession | Amount Due |
   |---|---|
   | US Trustee | 325.00 |

4. __STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS__

   | Name of Creditor/ Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
   |---|---|---|---|---|
   | First Citizens | monthly | $1164.70 | 9/15 | 0 |

   *Include Only Post Petition Payments.
   Explanation for Non Payment:

7

## VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

|  | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | | | | |
| Employer's FICA | | | | |
| Federal Employee Withholding | | | | |
| Federal Unemployment Taxes | | | | |
| Federal Income Taxes | | | | |
| State Income Taxes | | | | |
| State Unemployment Taxes | | | | |
| State Employee Withholding | | | | |
| State Sales & Use Taxes | | | | |
| Real Estate Taxes | | | | |
| Personal Property Taxes | | | | |
| Other Taxes (Specify): City of Milwaukee | | | | 173,240.07 |

If any of these applicable tax liabilities have not been paid currently, please explain:

## VII. DECLARATION

I, _John M Nazario_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John M Nazario_
Print Name & Capacity of Person signing this Declaration

Date: _10/11/17_

Signature

Name, Title & Telephone No. of Preparer:
_Kat Rowe_
_Office Manager_
_262-895-6638_

9

# Citywide Investments, LLC
## Deposit Detail
### September 2017

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| **Deposit** | | 09/05/2017 | | US Bank 0120 | 2,464.00 |
| | | | Rent from Tenant | 1313 W. Rodgers (L... | -200.00 |
| | | | Rent from Tenant | 1313 W. Rodgers (L... | -76.00 |
| | | | Rent from Tenant | 2335 S. 7th (Lower) | -238.00 |
| | | | Rent from Tenant | 1725 S. 24th St. | -600.00 |
| | | | Rent from Tenant | 2258 S. Chase (Upp... | -450.00 |
| | | | Rent from Tenant | 2258 S. Chase (Rear) | -200.00 |
| | | | Rent from Tenant | 5437 N. 38th (Upper) | -500.00 |
| | | | Rent from Tenant | 1313 W. Rodgers (U... | -200.00 |
| **TOTAL** | | | | | -2,464.00 |
| **Deposit** | | 09/07/2017 | | US Bank 0120 | 2,990.00 |
| | | | Rent from Tenant | 2258 S. Chase (Front) | -700.00 |
| | | | Rent from Tenant | 1313 W. Rodgers (U... | -450.00 |
| | | | Rent from Tenant | 2146 S. 16th | -600.00 |
| | | | Rent from Tenant | 5437 N. 38th (Lower) | -650.00 |
| | | | Rent from Tenant | 2335 S. 7th (Upper) | -590.00 |
| **TOTAL** | | | | | -2,990.00 |
| **Deposit** | | 09/16/2017 | | US Bank 0120 | 1,100.00 |
| | | | Rent from Tenant | 2214 S. 15th | -525.00 |
| | | | Rent from Tenant | 1441 S. Comstock | -575.00 |
| **TOTAL** | | | | | -1,100.00 |

6554 —

# Citywide Investments, LLC
## Account QuickReport
### September 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Contractor** | | | | | | |
| **2258 S. Chase** | | | | | | |
| Check | 09/16/2017 | 5067 | Rocky Kelly | Repairs/Maint... | US Bank 0120 | 350.00 |
| Check | 09/16/2017 | 5068 | Brinks Electric | Trouble shoot... | US Bank 0120 | 1,380.00 |
| Check | 09/16/2017 | 5069 | Tim Chojnacki | repairs/mainte... | US Bank 0120 | 100.00 |
| Total 2258 S. Chase | | | | | | 1,830.00 |
| **3039 S. 7th** | | | | | | |
| Check | 09/05/2017 | 5060 | Damian Meredith | repairs/mainte... | US Bank 0120 | 750.00 |
| Check | 09/05/2017 | 5061 | Damian Meredith | repairs/mainte... | US Bank 0120 | 750.00 |
| Check | 09/25/2017 | 5073 | Damian Meredith | repairs/mainte... | US Bank 0120 | 359.86 |
| Total 3039 S. 7th | | | | | | 1,859.86 |
| **5437 N. 38th** | | | | | | |
| Check | 09/18/2017 | 5070 | Ricky Elmore | haul debris/re... | US Bank 0120 | 350.00 |
| Total 5437 N. 38th | | | | | | 350.00 |
| Total Contractor | | | | | | 4,039.86 |
| **TOTAL** | | | | | | **4,039.86** |

# Citywide Investments, LLC
## Account QuickReport
### September 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Legal Fees** | | | | | | |
| **Eviction Paperwork** | | | | | | |
| Check | 09/27/2017 | 5074 | Mike Crowley | Lawyer/ 1313 ... | US Bank 0120 | 598.00 |
| Check | 09/27/2017 | 5075 | Mike Crowley | Lawyer/3039 ... | US Bank 0120 | 300.00 |
| Total Eviction Paperwork | | | | | | 898.00 |
| Total Legal Fees | | | | | | 898.00 |
| **TOTAL** | | | | | | **898.00** |

# Citywide Investments, LLC
## Account QuickReport
### September 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Utilities** | | | | | | |
| **1725 S. 24th** | | | | | | |
| Check | 09/06/2017 | 5062 | We Energies | | US Bank 0120 | 103.91 |
| Total 1725 S. 24th | | | | | | 103.91 |
| **2335 S. 7th** | | | | | | |
| Check | 09/06/2017 | 5062 | We Energies | | US Bank 0120 | 275.33 |
| Total 2335 S. 7th | | | | | | 275.33 |
| **25933 Muskego Dam Rd.** | | | | | | |
| Check | 09/22/2017 | 5072 | We Energies | | US Bank 0120 | 151.10 |
| Total 25933 Muskego Dam Rd. | | | | | | 151.10 |
| **Pedestal** | | | | | | |
| Check | 09/22/2017 | 5072 | We Energies | | US Bank 0120 | 141.62 |
| Total Pedestal | | | | | | 141.62 |
| **State Rd. 36** | | | | | | |
| Check | 09/22/2017 | 5072 | We Energies | | US Bank 0120 | 18.19 |
| Total State Rd. 36 | | | | | | 18.19 |
| Total Utilities | | | | | | 690.15 |
| **TOTAL** | | | | | | **690.15** |

11:11 AM  
10/11/17  
Accrual Basis

# RPM Services
## Account QuickReport
### September 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Loan from RPM to Citywide** | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Total 1313 Rogers | | | | | | 55.75 |
| **1441 Comstock** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Total 1441 Comstock | | | | | | 48.41 |
| **1725 S. 24th** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Total 1725 S. 24th | | | | | | 56.25 |
| **2214 S. 15th** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Total 2214 S. 15th | | | | | | 51.75 |
| **2335 S. 7th** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Total 2335 S. 7th | | | | | | 51.66 |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Total 3039 S. 7th | | | | | | 51.83 |
| **5437 N. 38th** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Total 5437 N. 38th | | | | | | 71.33 |
| **Rental Insurance Fee** | | | | | | |
| Credit Card Charge | 09/03/2017 | | State Farm | | Southwest 353... | 1.00 |
| Total Rental Insurance Fee | | | | | | 1.00 |
| Total Loan from RPM to Citywide | | | | | | 387.98 |
| **TOTAL** | | | | | | **387.98** |



# Activity - Deposit Accounts

Report created: 10/11/2017 12:31:24 PM (ET)
Account: 275071770 • *8031 • Checking • Checking
Date range: 9/1/2017 to 9/20/2017
Transaction types: Selected transactions
Detail option: Includes transaction detail

## 275071770 • *8031 • Checking • Checking

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 09/15/2017 | | | INTEREST CREDIT | | $0.01 | $206.40 |
| 09/15/2017 | | | ESTATEMENT CREDIT<br>E STATEMENT CREDIT | | $2.00 | $206.39 |
| 09/15/2017 | FIRST CITIZENS EX | | PREAUTHORIZED ACH DEBIT<br>FIRST CITIZENS EXTRNL XFR ACH LOAN PMT #530923 | $776.86 | | $204.39 |
| 09/15/2017 | | 91517258 | INDIVIDUAL LOAN PAYMENT<br>847,,AUTOMATIC LOAN PAY | $394.08 | | $981.25 |
| 09/05/2017 | TOSA BIB FEES BI | | PREAUTHORIZED ACH DEBIT<br>TOSA BIB FEES BIB FEES 170905 | $10.00 | | $1,375.33 |
| 09/20/2017 | Totals | | | $1,180.94 | $2.01 | |

Case 17-22900-gmh    Doc 46    Filed 10/19/17    Page 13 of 15



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2167    TRN       S    Y    ST01

**Business Statement**
Account Number:
' 0120
Statement Period:
Sep 1, 2017
through
Sep 30, 2017

Page 1 of 2

000103485 01 SP    106481233385201 E
ESTATE OF CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487



**To Contact U.S. Bank**

**24-Hour Business Solutions:** 1-800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:** usbank.com

## INFORMATION YOU SHOULD KNOW

**At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering.**
We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Beginning later this year we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

**What may be required for a cash transaction?**
This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. For your convenience, our branches will be able to collect the additional information in advance of the requirement that becomes mandatory later this year. Thank you for your assistance.

**Effective November 13, 2017,** the "Your Deposit Account Agreement" booklet includes a number of updates and may affect your rights. As of Nov. 13, 2017 you may pick up copies at your local branch or view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the _Additional Information Section_ of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

## SILVER BUSINESS CHECKING

U.S. Bank National Association

Member FDIC
Account Number    -0120

### Account Summary

|  | # Items |  | |
|---|---|---|---|
| Beginning Balance on Sep 1 |  | $ | 2,815.94 |
| Customer Deposits | 3 |  | 6,554.50 |
| Checks Paid | 15 |  | 6,275.69 - |
| Ending Balance on Sep 30, 2017 |  | $ | 3,094.75 |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Sep 6 | 8659041910 | 2,464.50 |  | Sep 18 | 8057991188 | 1,100.00 |
|  | Sep 7 | 8955765660 | 2,990.00 |  |  |  |  |
|  |  |  |  |  | **Total Customer Deposits** | $ | **6,554.50** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5059 | Sep 1 | 9255349699 | 280.00 | 5068 | Sep 22 | 9251982473 | 1,380.00 |
| 5060 | Sep 6 | 8653640720 | 750.00 | 5069 | Sep 20 | 8651128975 | 100.00 |
| 5061 | Sep 7 | 8951901297 | 750.00 | 5070 | Sep 25 | 8058552444 | 350.00 |
| 5062 | Sep 8 | 9252990342 | 379.24 | 5071 | Sep 25 | 8053349057 | 210.00 |
| 5063 | Sep 18 | 8057991178 | 200.00 | 5072 | Sep 28 | 8952433915 | 310.91 |
| 5064 | Sep 18 | 8057991179 | 250.00 | 5073 | Sep 28 | 8951386960 | 359.86 |
| 5065 | Sep 18 | 8059647758 | 7.68 | 5074 | Sep 29 | 9254424761 | 598.00 |
| 5067* | Sep 18 | 8057991180 | 350.00 |  |  |  |  |



ESTATE OF CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

**Business Statement**
Account Number:
0120

Statement Period:
Sep 1, 2017
through
Sep 30, 2017

Page 2 of 2



## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association
Account Number    -0120

### Checks Presented Conventionally (continued)

\* Gap in check sequence      Conventional Checks Paid (15)    $    6,275.69-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 1 | 2,535.94 | Sep 18 | 6,403.52 | Sep 25 | 4,363.52 |
| Sep 6 | 4,250.44 | Sep 20 | 6,303.52 | Sep 28 | 3,692.75 |
| Sep 7 | 6,490.44 | Sep 22 | 4,923.52 | Sep 29 | 3,094.75 |
| Sep 8 | 6,111.20 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: August 2017

| | | | |
|---|---|---|---|
| Account Number: | -0120 | $ | 0.00 |
| Analysis Service Charge assessed to | -0120 | $ | 0.00 |

Service Activity Detail for Account Number    0120

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
|    Combined Transactions/Items | 37 | | No Charge |
|      Subtotal: Depository Services | | | 0.00 |
|    Fee Based Service Charges for Account Number    0120 | | $ | 0.00 |

## ADDITIONAL INFORMATION

Effective November 13, 2017 the main updates to note in the revised "Your Deposit Account Agreement" booklet sections, and sub sections, include:

- Updates and restructuring the "Overdraft Handling" Section with additional detail on standard overdraft coverage, ATM & Debit Card overdraft coverage (opt in & opt out) and the addition of Requested Return for both business and consumer accounts
- Addition of how to request a *Consumer or Business Pricing Information* brochure
- Threshold updates on error Adjustments
- Additional clarity on transaction posting order
- Clarification in the definition of "Account Balance"
- Clarification in the definition of "Insufficient funds"
- Clarification of Overdraft Returned and Overdraft Paid Fee deductions
- Clarification on the Overdraft Protection Transfer Fee advance amounts and fee assessment
- Additional clarity on timing within *Your Duty to Examine Your Statement* section
- Additional language added to the *Security Interest In Accounts* section
- Arbitration coverage under the Military Lending Act
- Deposits involving non-U.S. Bank ATM's
- Removal of *Checks and Checking Accounts and Savings Accounts with Draft Access*
- Addition of *Partial Debit Card Transactions* section
- Clarification in the *Limits on Transfers* section
- Clarification in the *Debit Card Transactions* sub-section in the *Limits on Transfer* sections
- Addition to the Consumer Reserve Line Agreement, *Credit Review* section, ability to terminate or suspend
- Added Military Lending Act notice regarding Military Annual Percentage Rate (MAPR)

As of Nov. 13, you may pick up a copy at your local branch, view the updated booklet at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.