UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

City Wide Investments, LLC,            Case No. 17-22900-svk
                                               (Chapter 11)
           Debtor.

**ORDER APPROVING APPLICATION OF COMMERCIAL PROPERTY CONSULTANTS, INC. FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

On October 9, 2017, Commercial Property Consultants, Inc. ("CPC") filed an application seeking final compensation and reimbursement of expenses (the "Application"). CPC gave due notice of the Application to all creditors and interested parties. No party in interest objected to the Application.

Upon all the records, files, and proceedings had herein, it is hereby ORDERED:

Drafted by:
Leonard G. Leverson
Leverson Lucey & Metz S.C.
106 W. Seeboth Street, Suite 204-1
Milwaukee, WI 53204
(414) 271-8503 (direct)
(414) 271-8504 (fax)
E-mail: lgl@levmetz.com

1. Compensation in the amount of $4,000.00 for CPC's services to the Debtor and its estate, and reimbursement of expenses of $15.00, in all $4,015.00, incurred from July 21, 2017, through September 19, 2017, are approved on a final basis.

2. CPC's flat fee of $3,500.00 for an appraisal report of the Debtor's former property located at 8940 North Michele Street in Milwaukee, Wisconsin, previously paid to CPC by the Debtor, is approved on a final basis.

3. The Debtor is directed to pay CPC the approved compensation of $4,000.00 and reimbursement of expenses of $15.00, in all $4,015.00.

#####