# MONTHLY FINANCIAL REPORT

### OFFICE OF THE U.S. TRUSTEE
### EASTERN DISTRICT OF WISCONSIN

Case Name _Citywide Investments_          Case No. 17-22900 SVK

FOR MONTH OF _October_, 20 _17_

## I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---|
| A. | CASH ON HAND START OF MONTH | 3726.43 |
| B. | RECEIPTS | 4805.00 |
| C. | DISBURSEMENTS | 3,906.93 * |
| D. | NET RECEIPTS (DISBURSEMENTS) | ,898.07 |
| E. | CASH ON HAND END OF MONTH | 4624.50 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | | |
|---|---|---|
| A. | NET SALES | 4805.00 |
| B. | COST OF SALES | O |
| C. | GROSS PROFIT | 4805.00 |
| D. | TOTAL OPERATING EXPENSES | 3906.93 * |
| E. | NET INCOME (LOSS) FROM OPERATIONS | 898.07 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | O |
| G. | NET INCOME (LOSS) | 898.07 |

\* $2636.48 paid by RPM

1

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)

A. Related to Business Operations:

*Total Revenue (Sales)*      $ _4805.00_

Less: Cost of Goods Sold:

| | | |
|---|---|---|
| Beginning Inventory at Cost | $ _O_ | |
| Add: Purchases | _O_ | |
| Less: Ending Inventory at Cost | _O_ | |
| Cost of Goods Sold | | _O_ |

Gross Profit      _4805.00_

*Less: Operating Expenses:*

| | |
|---|---|
| Officer Compensation | _O_ |
| Salaries and Wages -- Other Employees | _O_ |
| Employee Benefits and pensions | _O_ |
| Payroll Taxes | _O_ |
| Real Estate Taxes | _O_ |
| Federal and State Income Taxes | _O_ |
| Rent and Lease Exp.(Real & Personal Property) | _O_ |
| Interest Expense (Mortgage, Loan, etc.) | _O_ |
| Insurance | _386.98_ ✗ |
| Automobile Expense | _O_ |
| Utilities (Gas, Electricity, Water, Telephone, etc.) | _767.43_ |
| Depreciation and Amortization | _O_ |
| Repairs and Maintenance | _1587.82_ ✗ |
| Advertising | _O_ |
| Supplies, Office Expenses, Photocopies, etc. | _O_ |
| Bad Debts | _O_ |
| Miscellaneous Operating Expenses *Mortgage* | _1164.70_ |

Total Operating Expenses      _3906.93_

Net Income (Loss) from Operations      _898.07_

B. <u>Not Related to Business Operations:</u>

*Revenue:*

| | |
|---|---|
| Interest Income | _O_ |
| Net Gain (Loss) on Sale of Assets | _O_ |
| Other Non-Operating Revenues (Specify) | _O_ |

Total Non-Operating Revenue      _O_

*Expenses:*

| | |
|---|---|
| Legal and Professional Fees (Specify) | _O_ |
| Other Non-Operating Expenses (Specify) | _O_ |

Total Non-Operating Expenses      _O_

NET INCOME/LOSS FOR PERIOD      $ _898.07_

*Paid by RPM*
*$1155.54 paid by RPM*[2]

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
### (Attach Copies of Bank Statements & Bank Reconciliations)

Depository Name & Location: _US Bank, Muskego WI_

| | |
|---|---|
| Beginning Cash Balance Per Books | $ 3726.43 |

**Receipts:**

| | |
|---|---|
| Sales (Cash **ONLY**) | $ 4805.00 |
| Collection of Accounts Receivable | 0 |
| Proceeds from Sale of Assets | 0 |
| Interest Income | 0 |
| Other Income (Specify) | 0 |
| Total Receipts (Per Attached Itemized Listing) | $ 4805.00 |

**Disbursements:**

| | |
|---|---|
| Purchases of Inventory | $ 0 |
| Officer Compensation | 0 |
| Salaries & Wages - Other Employees | 0 |
| Employee Benefits | 0 |
| Legal & Professional Fees | 0 |
| Payroll Taxes | 0 |
| Other Taxes (Specify) | 0 |
| Payments to Mortgagees | 1164.70 |
| Rent | 0 |
| Lease Payments | 0 |
| Automobile Expenses | 0 |
| Insurance | 386.98 |
| Utilities | 267.43 |
| Supplies | 0 |
| Other (Specify) _Repairs /maint_ | 1587.82 |
| | 0 |
| Total Disbursements (Per Attached Itemized Listing) | $ 3906.93 |

| | |
|---|---|
| Net Receipts (Disbursements) | $ 898.07 |
| Ending Cash Balance Per Books | $ 4624.50 |

3

# IV. BALANCE SHEET

## ASSETS

### Current

| | | |
|---|---|---|
| Cash | $ 4805.00 | |
| Inventory | 0 | |
| Accounts Receivable | 0 | |
| Other (specify) | 0 | |
| Total Current Assets | | $ 4805.00 |

### Fixed

| | | |
|---|---|---|
| Property and Equipment | 10,547.14 | |
| Accumulated Depreciation | < > | |
| Other (specify) *building values* | 398,000.00 | |
| Total Fixed Assets | 408,457.14 | |
| Total Assets | | $ 413,262.14 |

## LIABILITIES

### Current

| | | |
|---|---|---|
| Post Chapter 11 Payables | $ 0 | |
| Post-Petition Taxes Payable | 173,240.07 | |
| Accrued Professional Fees | 0 | |
| Other (specify) *non property* | 418,306.27 | |
| Total Current Liabilities | | $ 591,546.34 |

### Long Term Debt

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ 0 | |
| Notes & Loan Payable *Mortgage* | 53,676.40 | |
| Other (specify) | 0 | |
| Total Long Term Debt | 53,676.40 | |
| Total Liabilities | 645,222.74 | |

## STOCKHOLDERS EQUITY/<DEFICIT>

| | | |
|---|---|---|
| Capital Stock | $ 0 | |
| Retained Earnings (Deficit) | 0 | |
| Current Surplus (Deficit) | 0 | |
| Total Stockholders Equity | | $ 0 |

| | |
|---|---|
| Total Liabilities & Stockholder Equity | $ 1,058,484.88 |

6

## V. SUPPORTING SCHEDULES

1. OTHER MONIES ON HAND (Specify type, location, and amount; i.e. petty cash, cash on hand, etc.):

_____  _____
_____ N/A _____
_____

2. AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE(exclude pre-petition accounts payable):

| | | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 Days | $ _____ | $ _____ |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | N/A | N/A |
| Overdue | 91-120 Days | | |
| Overdue | Over 121 Days | | |
| | Total | $ _____ | $ _____ |

Itemize all post-petition payables over 30 days old on a separate schedule.

3. ACCRUED PROFESSIONAL FEES (POST PETITION)

| Name/Profession | Amount Due |
|---|---|
| u S Trustee | 325.00 |
| | |
| | |
| | |

4. STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS

| Name of Creditor/ Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Waterstone Bank | Monthly | $394⁶⁸ | 10/16 | ∅ |
| First Citizens Bank | Monthly | $776⁸⁶ | 10/18 | ∅ |
| | | 1164⁷⁰ | | |

*Include Only Post Petition Payments.
Explanation for Non Payment:

7

# VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of post petition taxes and withholdings that have been paid and accrued through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

| | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | _____ | _____ | _____ | _____ |
| Employer's FICA | _____ | _____ | _____ | _____ |
| Federal Employee Withholding | _____ | _____ | _____ | _____ |
| Federal Unemployment Taxes | _____ | _____ | _____ | _____ |
| Federal Income Taxes | _____ | _____ | _____ | _____ |
| State Income Taxes | _____ | _____ | _____ | _____ |
| State Unemployment Taxes | _____ | _____ | _____ | _____ |
| State Employee Withholding | _____ | _____ | _____ | _____ |
| State Sales & Use Taxes | _____ | _____ | _____ | _____ |
| Real Estate Taxes | _____ | _____ | _____ | _____ |
| Personal Property Taxes | _____ | _____ | _____ | _____ |
| Other Taxes (Specify): | | | | |
| *City of Milwaukee* | _____ | _____ | _____ | 173,240.07 |
| _____ | _____ | _____ | _____ | _____ |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

## VII. DECLARATION

I, _John M Nazario_ , declare under penalty of perjury that the information

contained in this Financial Report is true and complete to the best of my knowledge.


_John M Nazario_
Print Name & Capacity of Person
signing this Declaration

Date: _11-2-17_

Signature _[signature]_


Name, Title & Telephone No. of Preparer:

_Kathleen Rowe_

_Office Manager_

_262-895-6638_

# Citywide Investments, LLC
## Account QuickReport
### October 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Rental Income** | | | | | | |
| **1313 W. Rodgers (Upper)** | | | | | | |
| Deposit | 10/12/2017 | | Rent from Tenant | Deposit | US Bank 0120 | 450.00 |
| Total 1313 W. Rodgers (Upper) | | | | | | 450.00 |
| **1441 S. Comstock** | | | | | | |
| Deposit | 10/05/2017 | 2494 ... | Rent from Tenant | Deposit | US Bank 0120 | 575.00 |
| Total 1441 S. Comstock | | | | | | 575.00 |
| **1725 S. 24th St.** | | | | | | |
| Deposit | 10/25/2017 | | Rent from Tenant | Deposit | US Bank 0120 | 450.00 |
| Total 1725 S. 24th St. | | | | | | 450.00 |
| **2146 S. 16th** | | | | | | |
| Deposit | 10/05/2017 | 1377 | Rent from Tenant | Deposit | US Bank 0120 | 600.00 |
| Total 2146 S. 16th | | | | | | 600.00 |
| **2214 S. 15th** | | | | | | |
| Deposit | 10/12/2017 | | Rent from Tenant | Deposit | US Bank 0120 | 525.00 |
| Total 2214 S. 15th | | | | | | 525.00 |
| **2258 S. Chase (Rear)** | | | | | | |
| Deposit | 10/05/2017 | 5985 | Rent from Tenant | September rent | US Bank 0120 | 200.00 |
| Deposit | 10/05/2017 | 6024 | Rent from Tenant | Deposit | US Bank 0120 | 75.00 |
| Deposit | 10/12/2017 | 6027 | Rent from Tenant | Deposit | US Bank 0120 | 25.00 |
| Deposit | 10/31/2017 | 6045 | Rent from Tenant | Deposit | US Bank 0120 | 300.00 |
| Total 2258 S. Chase (Rear) | | | | | | 600.00 |
| **2258 S. Chase (Upper)** | | | | | | |
| Deposit | 10/05/2017 | cash | Rent from Tenant | Deposit | US Bank 0120 | 30.00 |
| Deposit | 10/05/2017 | cash | Rent from Tenant | Deposit | US Bank 0120 | 150.00 |
| Deposit | 10/31/2017 | 6063 | Rent from Tenant | Deposit | US Bank 0120 | 250.00 |
| Total 2258 S. Chase (Upper) | | | | | | 430.00 |
| **3039 S. 7th (Lower)** | | | | | | |
| Deposit | 10/05/2017 | 6009 | Rent from Tenant | September rent | US Bank 0120 | 100.00 |
| Deposit | 10/05/2017 | 6005 | Rent from Tenant | September rent | US Bank 0120 | 208.00 |
| Deposit | 10/05/2017 | 6016 | Rent from Tenant | Deposit | US Bank 0120 | 200.00 |
| Deposit | 10/12/2017 | | Rent from Tenant | Deposit | US Bank 0120 | 138.00 |
| Deposit | 10/31/2017 | 6066 | Rent from Tenant | Deposit | US Bank 0120 | 77.00 |
| Deposit | 10/31/2017 | 6048 | Rent from Tenant | Deposit | US Bank 0120 | 110.00 |
| Total 3039 S. 7th (Lower) | | | | | | 833.00 |
| **3039 S. 7th (Upper)** | | | | | | |
| Deposit | 10/19/2017 | | Rent from Tenant | Sept/Oct rent | US Bank 0120 | 1,000.00 |
| Total 3039 S. 7th (Upper) | | | | | | 1,000.00 |
| **5437 N. 38th (Lower)** | | | | | | |
| Deposit | 10/05/2017 | cash | Rent from Tenant | Deposit | US Bank 0120 | 350.00 |
| Total 5437 N. 38th (Lower) | | | | | | 350.00 |
| Total Rental Income | | | | | | 5,813.00 |
| **TOTAL** | | | | | | **5,813.00** |

*minus Sept Rent* → -1008

94805.00

# Citywide Investments, LLC
## Account QuickReport
### October 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Repairs/Maintenance** | | | | | | |
| **1441 Comstock** | | | | | | |
| Check | 10/25/2017 | 5105 | Abacus Construction | roof repair | US Bank 0120 | 286.05 |
| Total 1441 Comstock | | | | | | 286.05 |
| **1725 S. 24th** | | | | | | |
| Check | 10/25/2017 | 5104 | RPM Services and ... | repay RPM cr... | US Bank 0120 | 146.23 |
| Total 1725 S. 24th | | | | | | 146.23 |
| Total Repairs/Maintenance | | | | | | 432.28 |
| **TOTAL** | | | | | | **432.28** |

# Citywide Investments, LLC
## Account QuickReport
### October 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Utilities** | | | | | | |
| **1725 S. 24th** | | | | | | |
| Check | 10/05/2017 | 5101 | We Energies | | US Bank 0120 | 90.06 |
| Check | 10/05/2017 | 5101 | We Energies | | US Bank 0120 | 44.38 |
| Deposit | 10/25/2017 | | Tenant | utilitiy payment for aug, sep. | US Bank 0120 | -310.00 |
| Total 1725 S. 24th | | | | | | -175.56 |
| **2335 S. 7th** | | | | | | |
| Check | 10/05/2017 | 5101 | We Energies | | US Bank 0120 | 302.43 |
| Total 2335 S. 7th | | | | | | 302.43 |
| **25933 Muskego Dam Rd.** | | | | | | |
| Check | 10/16/2017 | 5103 | We Energies | | US Bank 0120 | 163.27 |
| Total 25933 Muskego Dam Rd. | | | | | | 163.27 |
| **Pedestal** | | | | | | |
| Check | 10/16/2017 | 5103 | We Energies | | US Bank 0120 | 150.80 |
| Total Pedestal | | | | | | 150.80 |
| **State Rd. 36** | | | | | | |
| Check | 10/16/2017 | 5103 | We Energies | | US Bank 0120 | 16.49 |
| Total State Rd. 36 | | | | | | 16.49 |
| Total Utilities | | | | | | 457.43 |
| **TOTAL** | | | | | | **457.43** |

*Total   $767.43*
*minus*
*Aug, Sep*
*Pmnt*
*from*
*tenant*

# RPM Services
## Account QuickReport
### October 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Loan from RPM to Citywide** | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Total 1313 Rogers | | | | | | 55.75 |
| **1441 Comstock** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Total 1441 Comstock | | | | | | 48.41 |
| **1725 S. 24th** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 10/24/2017 | | Menards | Zak plumbing parts rep... | US Bank CC #... | 93.98 |
| Credit Card Charge | 10/24/2017 | | Menards | Zak window repairs/ma... | US Bank CC #... | 52.25 |
| Credit Card Charge | 10/24/2017 | | Ace | Zak-hardware repairs/... | US Bank CC #... | 7.66 |
| Deposit | 10/25/2017 | | Citywide Investments | Repairs/maintenance s... | US Bank Chec... | -146.23 |
| Credit Card Charge | 10/25/2017 | | Home Depot | Zak interior door | Bass Pro 7194... | 65.45 |
| Credit Card Charge | 10/26/2017 | | Ace | Zak hardware/repairs | US Bank CC #... | 7.66 |
| Total 1725 S. 24th | | | | | | 137.02 |
| **2146 S. 16th** | | | | | | |
| Deposit | 10/12/2017 | 5102 | Citywide Investments | Deposit | WaterStone Ba... | -394.08 |
| Check | 10/15/2017 | ach | WaterStone RPM A... | | WaterStone Ba... | 394.08 |
| Total 2146 S. 16th | | | | | | 0.00 |
| **2214 S. 15th** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Total 2214 S. 15th | | | | | | 51.75 |
| **2335 S. 7th** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Credit Card Charge | 10/27/2017 | | Home Depot | Zak window/window re... | Bass Pro 7194... | 204.59 |
| Credit Card Charge | 10/27/2017 | | True Value | Zak glass for window | Bass Pro 7194... | 52.22 |
| Total 2335 S. 7th | | | | | | 308.47 |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Total 3039 S. 7th | | | | | | 51.83 |
| **5437 N. 38th** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 10/13/2017 | 6058 | Tom Chojancki | Reimbursement for Su... | US Bank Chec... | 145.00 |
| Check | 10/15/2017 | ach | First Citizen Bank (... | Principal | WaterStone Ba... | 244.98 |
| Check | 10/25/2017 | 6085 | Tom Chojancki | Reimburse for supplies | US Bank Chec... | 40.00 |
| Total 5437 N. 38th | | | | | | 501.31 |
| **Rental Insurance Fee** | | | | | | |
| Credit Card Charge | 10/04/2017 | | State Farm | | Southwest 353... | 1.00 |
| Total Rental Insurance Fee | | | | | | 1.00 |
| Total Loan from RPM to Citywide | | | | | | 1,155.54 |
| **TOTAL** | | | | | | **1,155.54** |

Page 1

# WATERSTONE BANK

Welcome    Reports ▼    Transfers and Payments ▼    Account Services ▼    Administration ▼

Activity - deposit accounts

Balances - deposit accounts

Quick Links:
Stop check payments
Statements & documents

## Activity - Deposit Accounts

Print this page

New search | View account information

Report created:   11/02/2017 02:16:33 PM (ET)
Account:           ████████ • *8031 • Checking • Checking
Date range:        9/20/2017 to 10/20/2017
Transaction types: All transactions
Detail option:     Includes transaction detail

Search completed transactions | 14 day view | Print selected transactions        Download as:  CSV file        ▼    Go

██████ • *8031 • Checking • Checking  Make a transfer

| Post Date | Reference | Additional Reference | Image | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|---|
| 10/18/2017 | FIRST CITIZENS EX | | | PREAUTHORIZED ACH DEBIT FIRST CITIZENS EXTRNL XFR ACH LOAN PMT ██0923 | $776.86 | | $111.54 |
| 10/16/2017 | | | | ESTATEMENT CREDIT E STATEMENT CREDIT | | $2.00 | $888.40 |
| 10/16/2017 | | ██████7289 | 🔲 | INDIVIDUAL LOAN PAYMENT 847,,AUTOMATIC LOAN PAY | $394.08 | | $886.40 |
| 10/16/2017 | | | | Unreported Details | $10.00 | | $1,280.48 |
| 10/12/2017 | | | | DEPOSIT | | $1,094.08 | $1,290.48 |
| 10/03/2017 | TOSA BIB FEES BI | | | PREAUTHORIZED ACH DEBIT TOSA BIB FEES BIB FEES ██1003 | $10.00 | | $196.40 |
| **10/20/2017** | **Totals** | | | | **$1,190.94** | **$1,096.08** | |

How Do I...        Terms        FAQs

**WATERSTONE BANK, SSB**
11200 W Plank Court
Wauwatosa WI 53226

Last statement: September 16, 2017
This statement: October 16, 2017
Total days in statement period: 30

Page 1 of 2
.803-1
(0)

Direct inquiries to:
414-761-1000, 888-686-7272

ENT SERV AND MGMT LLC
21775 W FRISCO DAN DR
MUSKEGO WI 53150-8487

Waterstone Bank, Ssb
11200 W Plank Court
Wauwatosa WI 53226

THROUGH OUR PARTNERSHIP WITH FIS/VALUTEC WE CAN HELP YOU STRENGTHEN
BRAND RECOGNITION AND INCREASE SALES WITH CUSTOMIZABLE PLASTIC GIFT
CARDS. LEARN MORE AT WSBONLINE.COM OR CALL 414.761.1000.

## Business Interest Checking

| | | |
|---|---|---|
| Account number | .803-1 | Beginning balance | $206.40 |
| Average balance | $370.94 | Total additions | 1,096.08 |
| | | Total subtractions | 414.08 |
| | | Ending balance | $888.40 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-03 | Preauthorized Wd | 10.00 |
| | TOSA BIB FEES BIB FEES ⓒ1003 | |
| 10-16 | Auto Ln Paymt Wd | 394.08 |
| | AUTOMATIC LOAN PAY | |
| 10-16 | Fee For | 10.00 |
| | MINIMUM BALANCE | |

*handwritten: G 2146 N. 16th Mortgage*

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-12 | Deposit | 1,094.08 |
| 10-16 | Credit | 2.00 |
| | E STATEMENT CREDIT | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-16 | 206.40 | 10-12 | 1,290.48 | | |
| 10-03 | 196.40 | 10-16 | 888.40 | | |





Oct 18, 2017        ACH LOAN PMT ⬛0923 Hide details                    -776.86

                 Principal:    244.98

                 Interest:     310.13

                 Escrow:       221.75

5437 N. 38th
Mortgage

**WATERSTONE BANK, SSB**
414-459-4650 OR 855-491-5094
11200 W PLANK COURT
WAUWATOSA WI 53226

# LOAN STATEMENT

00001397 FIBS783S091917005448 000002 000000 0

CITY WIDE INVESTMENTS LLC
JOHN M NAZARIO
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

| | |
|---|---|
| Account/Note Number | -86071 |
| Statement Date | 09/18/17 |
| Officer | GINA RAFENSTEIN |
| Branch Number | 109 |
| Current Balance | $15,162.93 |
| Payment Due Date | 10/01/17 |
| Amount Due | $394.08 |

*Your Account Number* *3031 Will Be Charged*
*Call 855-491-5094 with questions on your bill.*

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 2146 S 16TH ST,MILWAUKEE, | | | | | |
| 86071/M | 15,162.93 | 5.750000 | 07/01/24 | Principal Payment | 54.71 |
| | | | | Interest To 10/01/17 | 72.77 |
| | | | | Escrow | 266.60 |
| | | | | **Total Due On 10/01/17** | **$394.08** |

## RATE INFORMATION
** Variable + 3.50000% **

IF YOU DETERMINE THAT THERE IS A SPECIFIC ERROR ON YOUR LOAN OR YOU
NEED INFORMATION REGARDING YOUR LOAN, PLEASE CONTACT WSB IN WRITING TO:
WATERSTONE BANK "WSB" 11200 W. PLANK COURT WAUWATOSA, WI 53226
WSB'S PRIVACY NOTICE HAS NOT CHANGED TO OBTAIN A PRIVACY NOTICE VISIT
OUR WEBSITE AT WWW.WSBONLINE.COM OR FOR A MAILED COPY CALL 888.686.7272.

Please return the bottom portion if you are making an additional loan payment.

CITY WIDE INVESTMENTS LLC
JOHN M NAZARIO
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

*After 10/16/17 a late charge of $19.70 will be assessed.*

783

Please remit and make check payable to:

| | |
|---|---|
| Account/Note Number | 6071 |
| Payment Due Date | 10/01/17 |
| Amount Due | $394.08 |
| Additional Prin. Int, Escrow, Fees: | |

Amount Enclosed

WATERSTONE BANK, SSB
11200 W PLANK COURT
WAUWATOSA WI 53226

☐ Check here for change of address or phone number and indicate changes.

⑆5783⑈3333⑆ 03 200000691⑈ 86071

**WATERSTONE BANK, SSB**
414-459-4650 OR 855-491-5094
11200 W PLANK COURT
WAUWATOSA WI 53226

# LOAN STATEMENT

CITY WIDE INVESTMENTS LLC
Account Number          ...691
Statement Date          09/18/17

| YEAR-TO-DATE SUMMARY | | | |
|---|---|---|---|
| Interest Paid | 766.79 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 2,008.93 |
| Taxes Disbursed | 0.00 | | |



| LOAN HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Note Number | Posting Date | Effective Date | Transaction Description | Principal | Interest | Late Fees/ Others | Escrow | Insurance |
| 6071 | 09/15/17 | 09/15/17 | ACH/Autopayment | 52.02 | 75.46 | 0.00 | 266.60 | 0.00 |





# Business Statement

Account Number
0120
Statement Period:
Oct 2, 2017
through
Oct 31, 2017

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

2167     TRN          S        Y     ST01

000092637 01 SP    106481280523767 E
ESTATE OF  CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI  53150-8487

 ☎ _____ *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                          *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                              *usbank com*

---

## INFORMATION YOU SHOULD KNOW

**Effective November 13, 2017,** the **"Your Deposit Account Agreement"** booklet includes a number of updates and may affect your rights. As of Nov. 13, 2017 you may pick up copies at your local branch or view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.  Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

---

## SILVER BUSINESS CHECKING                                         *Member FDIC*
U.S. Bank National Association                                    Account Number          -0120

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Oct 2 |  | $ | 3,094.75 |
| Customer Deposits | 5 |  | 6,625.00 |
| Checks Paid | 4 |  | 1,307.74- |
| **Ending Balance on  Oct 31, 2017** |  | $ | **8,412.01** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Oct 5 | 8955667778 | 2,728.00 |  | Oct 25 | 8655119115 | 760.00 |
|  | Oct 12 | 8955763365 | 1,163.00 |  | Oct 31 | 8357636949 | 974.00 |
|  | Oct 19 | 8954906502 | 1,000.00 |  |  |  |  |
|  |  |  |  |  | **Total Customer Deposits** | $ | 6,625.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5101 | Oct 11 | 8659128148 | 436.87 | 5103 | Oct 19 | 8952627574 | 330.56 |
| 5102 | Oct 13 | 9253041717 | 394.08 | 5104 | Oct 25 | 8655119111 | 146.23 |
|  |  |  |  | **Conventional Checks Paid (4)** | $ | | **1,307.74-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct  5 | 5,822.75 | Oct 13 | 6,154.80 | Oct 25 | 7,438.01 |
| Oct 11 | 5,385.88 | Oct 19 | 6,824.24 | Oct 31 | 8,412.01 |
| Oct 12 | 6,548.88 |  |  |  |  |

Balances only appear for days reflecting change.

---

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: September 2017

| | | | |
|---|---|---|---|
| Account Number: | ..__.0120 | $ | 0.00 |
| Analysis Service Charge assessed to | -0120 | $ | 0.00 |

### Service Activity Detail for Account Number ▬▬▬▬0120

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** |  |  |  |