# MONTHLY FINANCIAL REPORT

*OFFICE OF THE U.S. TRUSTEE*
EASTERN DISTRICT OF WISCONSIN

Case Name *Citywide Investments*          Case No. *17 · 22900 SVK*

FOR MONTH OF *December*          , 20 *17*

## I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---|
| A. | CASH ON HAND START OF MONTH | 752.00 |
| B. | RECEIPTS | 6190.00 |
| C. | DISBURSEMENTS | 5245.32 |
| D. | NET RECEIPTS (DISBURSEMENTS) | 944.58 |
| E. | CASH ON HAND END OF MONTH | 1696.58 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | | |
|---|---|---|
| A. | NET SALES | 6190.00 |
| B. | COST OF SALES | 0 |
| C. | GROSS PROFIT | 6190.00 |
| D. | TOTAL OPERATING EXPENSES | 5245.32 |
| E. | NET INCOME (LOSS) FROM OPERATIONS | 944.58 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | 0 |
| G. | NET INCOME (LOSS) | 944.58 |

1

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)

A. Related to Business Operations:
  *Total Revenue (Sales)*      $ *6190.00*

    Less: Cost of Goods Sold:
        Beginning Inventory at Cost    $   *0*
        Add: Purchases    *0*
        Less: Ending Inventory at Cost    *0*
  Cost of Goods Sold      *0*

  Gross Profit      *6190.00*

    *Less: Operating Expenses:*
        Officer Compensation    *0*
        Salaries and Wages -- Other Employees    *2106.00*   *Repairs*
        Employee Benefits and pensions    *0*
        Payroll Taxes    *0*
        Real Estate Taxes    *1089.03*
        Federal and State Income Taxes    *0*
        Rent and Lease Exp.(Real & Personal Property)    *0*
        Interest Expense (Mortgage, Loan, etc.)    *0*
        Insurance    *378.88*   *
        Automobile Expense    *0*
        Utilities (Gas, Electricity, Water, Telephone, etc.)    *400.47*
        Depreciation and Amortization    *0*
        Repairs and Maintenance    *100.00*
        Advertising    *0*
        Supplies, Office Expenses, Photocopies, etc.    *0*
        Bad Debts    *0*
        Miscellaneous Operating Expenses *Mortgage*    *1170.94*

  Total Operating Expenses      *5245.32*

  Net Income (Loss) from Operations      *944.58*

B. <u>Not Related to Business Operations:</u>

    *Revenue:*
        Interest Income    *0*
        Net Gain (Loss) on Sale of Assets    *0*
        Other Non-Operating Revenues (Specify)    *0*

  Total Non-Operating Revenue      *0*

    *Expenses:*
        Legal and Professional Fees (Specify)    *0*
        Other Non-Operating Expenses (Specify)    *0*

  Total Non-Operating Expenses      *0*

  NET INCOME/LOSS FOR PERIOD      $ *944.58*

\* *Paid by RPM*

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
### (Attach Copies of Bank Statements & Bank Reconciliations)

Depository Name & Location: _US Bank_

_Muskego WI_

Beginning Cash Balance Per Books                    $ _752.00_

**Receipts:**

| | | |
|---|---|---|
| Sales (Cash **ONLY**) | $ _6190.00_ | |
| Collection of Accounts Receivable | _0_ | |
| Proceeds from Sale of Assets | _0_ | |
| Interest Income | _0_ | |
| Other Income (Specify) | _0_ | |
| Total Receipts | $ _6190.00_ | |
| (Per Attached Itemized Listing) | | |

**Disbursements:**

| | | |
|---|---|---|
| Purchases of Inventory | $ _0_ | |
| Officer Compensation | _0_ | |
| Salaries & Wages - Other Employees | _2106.00_ | _Repairs_ |
| Employee Benefits | _0_ | |
| Legal & Professional Fees | _650.00_ | _US Trustee_ |
| Payroll Taxes | _0_ | |
| Other Taxes (Specify) _Property_ | _1089.03_ | |
| Payments to Mortgagees | _1170.94_ | |
| Rent | _0_ | |
| Lease Payments | _0_ | |
| Automobile Expenses | _0_ | |
| Insurance | _378.88_ | |
| Utilities | _400.47_ | |
| Supplies | _0_ | |
| Other (Specify) | _0_ | |
| Total Disbursements | $ _5245.32_ | |
| (Per Attached Itemized Listing) | | |

Net Receipts (Disbursements)                        $ _5245.32_

Ending Cash Balance Per Books                       $ _944.58_

3

# IV. BALANCE SHEET

## ASSETS

### *Current*

| | | |
|---|---|---|
| Cash | $ *944.58* | |
| Inventory | *0* | |
| Accounts Receivable | *0* | |
| Other (specify) | *0* | |
| Total Current Assets | | $ *944.58* |

### *Fixed*

| | | |
|---|---|---|
| Property and Equipment | *10,547.14* | |
| Accumulated Depreciation | < > | |
| Other (specify) *rental properties* | *398,000.00* | |
| Total Fixed Assets | | *408,457.14* |
| Total Assets | | $ *409,401.72* |

## LIABILITIES

### *Current*

| | | |
|---|---|---|
| Post Chapter 11 Payables | $ *11,948.72* | |
| Post-Petition Taxes Payable | *12,571.57* | |
| Accrued Professional Fees | *34,000.00* | |
| Other (specify) *loan from RPM* | *15,936.89* | |
| Total Current Liabilities | | $ *74,456 ⁴⁸* |

### *Long Term Debt*

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ *478,046.27* | |
| Notes & Loan Payable | *173,240.07* | |
| Other (specify) | | |
| Total Long Term Debt | | *651,286.34* |
| Total Liabilities | | *725,743.02* |

## STOCKHOLDERS EQUITY/<DEFICIT>

| | | |
|---|---|---|
| Capital Stock | $ *0* | |
| Retained Earnings (Deficit) | *0* | |
| Current Surplus (Deficit) | *0* | |
| Total Stockholders Equity | | $ *0* |
| Total Liabilities & Stockholder Equity | | $ *725,743.02* |

6

# V. SUPPORTING SCHEDULES

1. <u>OTHER MONIES ON HAND</u>  (Specify type, location, and amount; i.e. petty cash, cash on hand, etc.):

   *N/A*

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u>(exclude pre-petition accounts payable):

| | | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 Days | $ | $ |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | *N/A* | *N/A* |
| Overdue | 91-120 Days | | |
| Overdue | Over 121 Days | | |
| | Total | $ | $ |

   Itemize all post-petition payables over 30 days old on a separate schedule.

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| US Trustee | 650 |
| Leverson, Lucey & Metz SC | 34,000 |
| | |
| | |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/ Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
|---|---|---|---|---|
| First Citizens | monthly | 394⁰⁵ | 12/15/17 | Ø |
| Watstone Bank | " | 776⁸⁶ | 12/15/17 | Ø |

*Include Only Post Petition Payments.
Explanation for Non Payment:

7

## VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

| | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | | | | |
| Employer's FICA | | | | |
| Federal Employee Withholding | | | | |
| Federal Unemployment Taxes | | | | |
| Federal Income Taxes | | | | |
| State Income Taxes | | | | |
| State Unemployment Taxes | | | | |
| State Employee Withholding | | | | |
| State Sales & Use Taxes | | | | |
| Real Estate Taxes | | | | |
| *Personal Property Taxes* | | | | |
| Other Taxes (Specify): | | | | |
| *City of Milwaukee* | | | | 173,240.07 |
| | | | | |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

## VII. DECLARATION

I, _John M Nazario_ , declare under penalty of perjury that the information

contained in this Financial Report is true and complete to the best of my knowledge.

_John M Nazario_
Print Name & Capacity of Person
signing this Declaration

Date: _1-9-18_

_Signature_

Name, Title & Telephone No. of Preparer:

_Kathleen Rowe_

_Office Manager_

_262 895 6638_

9

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Citywide Rental Income** | | | | | | |
| **1313 Rogers (lower)** | | | | | | |
| Deposit | 12/14/2017 | | Rent from Tenant | Deposit | Citywide US B... | 400.00 |
| Total 1313 Rogers (lower) | | | | | | 400.00 |
| **1313 Rogers (upper)** | | | | | | |
| Deposit | 12/12/2017 | | Rent from Tenant | Deposit | Citywide US B... | 450.00 |
| Total 1313 Rogers (upper) | | | | | | 450.00 |
| **1441 Comstock** | | | | | | |
| Deposit | 12/12/2017 | | Rent from Tenant | Deposit | Citywide US B... | 575.00 |
| Total 1441 Comstock | | | | | | 575.00 |
| **1725 S. 24th** | | | | | | |
| Deposit | 12/15/2017 | 317581 | Rent from Tenant | Deposit | Citywide US B... | 450.00 |
| Total 1725 S. 24th | | | | | | 450.00 |
| **2146 S. 16th** | | | | | | |
| Deposit | 12/12/2017 | | Rent from Tenant | Deposit | Citywide US B... | 600.00 |
| Total 2146 S. 16th | | | | | | 600.00 |
| **2214 S. 15th** | | | | | | |
| Deposit | 12/12/2017 | | Rent from Tenant | Deposit | Citywide US B... | 525.00 |
| Total 2214 S. 15th | | | | | | 525.00 |
| **2258 S. Chase (rear)** | | | | | | |
| Deposit | 12/12/2017 | | Rent from Tenant | Deposit | Citywide US B... | 150.00 |
| Total 2258 S. Chase (rear) | | | | | | 150.00 |
| **2258 S. Chase (upper)** | | | | | | |
| Deposit | 12/05/2017 | cash | Rent from Tenant | Deposit | Citywide US B... | 250.00 |
| Total 2258 S. Chase (upper) | | | | | | 250.00 |
| **2335 S. 7th (front)** | | | | | | |
| Deposit | 12/05/2017 | cash | Rent from Tenant | Deposit | Citywide US B... | 340.00 |
| Total 2335 S. 7th (front) | | | | | | 340.00 |
| **2335 S. 7th (Lower)** | | | | | | |
| Deposit | 12/05/2017 | 1927 | Rent from Tenant | Deposit | Citywide US B... | 400.00 |
| Deposit | 12/14/2017 | | Rent from Tenant | Deposit | Citywide US B... | 400.00 |
| Deposit | 12/15/2017 | | Rent from Tenant | Deposit | Citywide US B... | 150.00 |
| Deposit | 12/15/2017 | | Rent from Tenant | Deposit | Citywide US B... | 50.00 |
| Total 2335 S. 7th (Lower) | | | | | | 1,000.00 |
| **2335 S. 7th (upper)** | | | | | | |
| Deposit | 12/15/2017 | | Rent from Tenant | Deposit | Citywide US B... | 200.00 |
| Total 2335 S. 7th (upper) | | | | | | 200.00 |
| **3039 S. 7th (Lower)** | | | | | | |
| Deposit | 12/06/2017 | | Rent from Tenant | Deposit | Citywide US B... | 550.00 |
| Total 3039 S. 7th (Lower) | | | | | | 550.00 |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **3039 S. 7th (Upper)** | | | | | | |
| Deposit | 12/15/2017 | | Rent from Tenant | Deposit | Citywide US B... | 400.00 |
| Deposit | 12/23/2017 | | Rent from Tenant | bal of deposit | Citywide US B... | 100.00 |
| Deposit | 12/23/2017 | | Rent from Tenant | Deposit | Citywide US B... | 200.00 |
| Total 3039 S. 7th (Upper) | | | | | | 700.00 |
| Total Citywide Rental Income | | | | | | 6,190.00 |
| **TOTAL** | | | | | | 6,190.00 |

Case 17-22900-gmh    Doc 61    Filed 01/11/18    Page 9 of 25

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| *Loan from RPM to Citywide* | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Total 1313 Rogers | | | | | | 55.75 |
| **1441 Comstock** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Total 1441 Comstock | | | | | | 48.41 |
| **1725 S. 24th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Total 1725 S. 24th | | | | | | 56.25 |
| **2146 S. 16th** | | | | | | |
| Check | 12/15/2017 | ach | WaterStone RPM A... | principal | WaterStone Ba... | 55.21 |
| Total 2146 S. 16th | | | | | | 55.21 |
| **2214 S. 15th** | | | | | | |
| *Credit Card Charge* | *12/05/2017* | | State Farm | Insurance | Southwest 353... | 51.75 |
| Total 2214 S. 15th | | | | | | 51.75 |
| **2335 S. 7th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Total 2335 S. 7th | | | | | | 51.66 |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 12/28/2017 | | Appliance Pros.com | Zak stove igni... | Bass Pro 7194... | 52.22 |
| Total 3039 S. 7th | | | | | | 104.05 |
| **5437 N. 38th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 12/15/2017 | ach | First Citizen Bank  (... | principal | WaterStone Ba... | 248.50 |
| Total 5437 N. 38th | | | | | | 319.83 |
| **Rental Insurance Fee** | | | | | | |
| *Credit Card Charge* | *12/05/2017* | | *State Farm* | | *Southwest 353...* | 1.00 |
| Total Rental Insurance Fee | | | | | | 1.00 |
| Total Loan from RPM to Citywide | | | | | | 743.91 |
| **TOTAL** | | | | | | **743.91** |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| *Citywide Repairs* | | | | | | |
| 1313 Rogers (lower) | | | | | | |
| Check | 12/18/2017 | 5077 | Snap On | drain tool | Citywide US B... | 100.00 |
| Total 1313 Rogers (lower) | | | | | | 100.00 |
| Total Citywide Repairs | | | | | | 100.00 |
| TOTAL | | | | | | 100.00 |

Case 17-22900-gmh    Doc 61    Filed 01/11/18    Page 11 of 25

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Citywide Contractor** | | | | | | |
| 1725 S 24th | | | | | | |
| Check | 12/25/2017 | 5088 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 46.00 |
| Total 1725 S 24th | | | | | | 46.00 |
| | | | | | | |
| 2258 S Chase | | | | | | |
| Check | 12/25/2017 | 5088 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 75.00 |
| Total 2258 S Chase | | | | | | 75.00 |
| | | | | | | |
| 2335 S 7th (lower) | | | | | | |
| Check | 12/18/2017 | 5076 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 233.00 |
| Check | 12/25/2017 | 5088 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 100.00 |
| Total 2335 S 7th (lower) | | | | | | 333.00 |
| | | | | | | |
| 3039 S. 7th | | | | | | |
| Check | 12/04/2017 | 5121 | Ricky Elmore | clean out | Citywide US B... | 300.00 |
| Check | 12/23/2017 | 5080 | Brandon Nelson | cleaning | Citywide US B... | 135.00 |
| Check | 12/24/2017 | 5078 | Neil Bliese | repairs/mainte... | Citywide US B... | 850.00 |
| Check | 12/27/2017 | 5079 | Dennis Dalgord | debris | Citywide US B... | 367.00 |
| Total 3039 S. 7th | | | | | | 1,652.00 |
| | | | | | | |
| Total Citywide Contractor | | | | | | 2,106.00 |
| **TOTAL** | | | | | | 2,106.00 |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Citywide Taxes** | | | | | | |
| **1313 Rogers** | | | | | | |
| Check | 12/29/2017 | 5083 | City of Milwaukee | 4600142000 | Citywide US B... | 110.20 |
| Total 1313 Rogers | | | | | | 110.20 |
| **1441 Comstock** | | | | | | |
| Check | 12/29/2017 | 5081 | City of Milwaukee | | Citywide US B... | 229.10 |
| Total 1441 Comstock | | | | | | 229.10 |
| **1725 S 24th** | | | | | | |
| Check | 12/29/2017 | 5082 | City of Milwaukee | 4590734000 | Citywide US B... | 132.30 |
| Total 1725 S 24th | | | | | | 132.30 |
| **2214 S 15th** | | | | | | |
| Check | 12/29/2017 | 5085 | City of Milwaukee | 469628000 | Citywide US B... | 151.98 |
| Total 2214 S 15th | | | | | | 151.98 |
| **2258 S Chase** | | | | | | |
| *Check* | *12/29/2017* | *5084* | *City of Milwaukee* | *4670707000* | *Citywide US B...* | *132.55* |
| Total 2258 S Chase | | | | | | 132.55 |
| **2335  S 7th** | | | | | | |
| Check | 12/29/2017 | 5086 | City of Milwaukee | 4971120000 | Citywide US B... | 166.45 |
| Total 2335  S 7th | | | | | | 166.45 |
| **3039 S 7th** | | | | | | |
| Check | 12/29/2017 | 5087 | City of Milwaukee | 5070899000 | Citywide US B... | 166.45 |
| Total 3039 S 7th | | | | | | 166.45 |
| Total Citywide Taxes | | | | | | 1,089.03 |
| **TOTAL** | | | | | | **1,089.03** |

# RPM Services
## Account QuickReport
### As of December 31, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Escrow | | | | | | | -3,275.24 |
| Check | 12/15/2017 | ach | WaterStone RPM A... | 2146 S 16th | WaterStone Bank- R... | -266.60 | -3,541.84 |
| Check | 12/15/2017 | ach | First Citizen Bank (... | 5437 N 38th | WaterStone Bank- R... | -221.75 | -3,763.59 |
| Total Escrow | | | | | | -488.35 | -3,763.59 |
| TOTAL | | | | | | -488.35 | -3,763.59 |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| *Interest (Citywide)* | | | | | | |
| Check | 12/15/2017 | ach | WaterStone RPM A... | 2146 S 16th | WaterStone Ba... | 72.27 |
| Check | 12/15/2017 | ach | First Citizen Bank (... | 5437 N 38th | WaterStone Ba... | 306.61 |
| Total Interest (Citywide) | | | | | | 378.88 |
| TOTAL | | | | | | 378.88 |

# RPM Services
## Account QuickReport
### January through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Loan from RPM to Citywide** | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 01/03/2017 | | State Farm | Insurance | Bass Pro 7194... | 51.25 |
| Check | 01/10/2017 | 5482 | 24/7 Drain Cleaning ... | clean clogged... | US Bank Chec... | 150.00 |
| Check | 01/17/2017 | 731 | Mike Gainer | Labor/Repairs... | WaterStone Ba... | 200.00 |
| Credit Card Charge | 01/19/2017 | | State Farm | Insurance | Southwest 309... | 50.75 |
| Credit Card Charge | 01/25/2017 | | Menards | Neil $150 lab... | Menards/HSB... | 130.93 |
| Credit Card Charge | 01/25/2017 | | Menards | Neil--glass | Menards/HSB... | 28.47 |
| Credit Card Charge | 01/27/2017 | | Menards | Neil $150 Lab... | Menards/HSB... | 395.93 |
| Check | 01/30/2017 | 5529 | Victor Reyes | Labor/repairs/... | US Bank Chec... | 223.00 |
| Credit Card Charge | 02/01/2017 | | Menards | Neil $150 Lab... | Menards/HSB... | 163.37 |
| Credit Card Charge | 02/03/2017 | | State Farm | Insurance | Bass Pro 7194... | 71.75 |
| Credit Card Charge | 02/03/2017 | | State Farm | Rate change | Bass Pro 7194... | 21.40 |
| Check | 02/08/2017 | 5539 | RAL Enterprises (Da... | Repairs/maint... | US Bank Chec... | 135.00 |
| Credit Card Charge | 02/11/2017 | | Menards | Neil $150 Lab... | Menards/HSB... | 45.33 |
| Credit Card Charge | 02/11/2017 | | Menards | Neil--carpet cl... | Menards/HSB... | 47.46 |
| Check | 02/21/2017 | 5567 | 24/7 Drain Cleaning ... | INV #7150 U... | US Bank Chec... | 97.50 |
| Credit Card Charge | 03/03/2017 | | State Farm | Insurance | Bass Pro 7194... | 62.58 |
| Credit Card Charge | 03/03/2017 | | State Farm | Building cover... | Bass Pro 7194... | -18.73 |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 62.58 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 06/01/2017 | | Home Depot | Damian/roof s... | Bank of Americ... | 6.54 |
| Credit Card Charge | 06/02/2017 | | Home Depot | Damian/scrap... | Bank of Americ... | 9.43 |
| Credit Card Charge | 06/02/2017 | | Menards | Damian/paint | Bank of Americ... | 249.22 |
| Credit Card Charge | 06/05/2017 | | Home Depot | Damian/paint ... | Bank of Americ... | 15.32 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 06/07/2017 | | Home Depot | Damian Repairs | Bank of Americ... | 4.19 |
| Credit Card Charge | 06/07/2017 | | LisbonStorm & Door | Damian glass ... | Bank of Americ... | 13.88 |
| Credit Card Charge | 06/09/2017 | | Home Depot | Damian Gutte... | Bank of Americ... | 28.55 |
| Credit Card Charge | 06/09/2017 | | ABC Supply | Damian siding | Bank of Americ... | 85.84 |
| Check | 06/10/2017 | 5273 | Damian Meredith | Repay for tool... | US Bank Chec... | 280.00 |
| Credit Card Charge | 06/10/2017 | | Home Depot | Damian hard... | Bank of Americ... | 15.64 |
| Credit Card Charge | 06/10/2017 | | Home Depot | Damian plywo... | Bank of Americ... | 36.38 |
| Credit Card Charge | 06/12/2017 | | Home Depot | Damian electr... | Bank of Americ... | 4.06 |
| Credit Card Charge | 06/13/2017 | | Home Depot Outlet | Damian Outlet | Bank of Americ... | 21.10 |
| Credit Card Charge | 06/19/2017 | | Menards | Neil/maintena... | Bass Pro 7194... | 11.59 |
| Credit Card Charge | 06/20/2017 | | Menards | Tile/flooring re... | Southwest 353... | 54.76 |
| Deposit | 06/26/2017 | 5026 | Citywide Investments | repay for sup... | US Bank Chec... | -54.76 |
| Credit Card Charge | 07/03/2017 | | Menards | Damian/repair... | US Bank CC #... | 41.99 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 07/07/2017 | | Home Depot | Damian electr... | Bass Pro 7194... | 8.54 |
| Credit Card Charge | 07/07/2017 | | Home Depot | Damian flooring | Bass Pro 7194... | 43.88 |
| Credit Card Charge | 07/07/2017 | | Home Depot | Damian utility... | Bass Pro 7194... | 2.08 |
| Credit Card Charge | 07/10/2017 | | Menards | Damian smok... | Bass Pro 7194... | 27.77 |
| Credit Card Charge | 07/10/2017 | | Home Depot | Damian caulk | Bass Pro 7194... | 7.05 |
| Credit Card Charge | 07/11/2017 | | Home Depot | Neil/Lumber | Southwest 353... | 136.36 |
| Credit Card Charge | 07/11/2017 | | Menards | John/storm do... | US Bank CC #... | 78.83 |
| Credit Card Charge | 07/12/2017 | | Menards | Damian/electr... | Bass Pro 7194... | 25.32 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 11/06/2017 | | Home Depot | electrical repa... | Bass Pro 7194... | 61.24 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| **Total 1313 Rogers** | | | | | | **3,579.37** |

# RPM Services
## Account QuickReport
### April through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Loan from RPM to Citywide** | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 62.58 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 06/01/2017 | | Home Depot | Damian/roof s... | Bank of Americ... | 6.54 |
| Credit Card Charge | 06/02/2017 | | Home Depot | Damian/scrap... | Bank of Americ... | 9.43 |
| Credit Card Charge | 06/02/2017 | | Menards | Damian/paint | Bank of Americ... | 249.22 |
| Credit Card Charge | 06/05/2017 | | Home Depot | Damian/paint ... | Bank of Americ... | 15.32 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 06/07/2017 | | Home Depot | Damian Repairs | Bank of Americ... | 4.19 |
| Credit Card Charge | 06/07/2017 | | LisbonStorm & Door | Damian glass ... | Bank of Americ... | 13.88 |
| Credit Card Charge | 06/09/2017 | | Home Depot | Damian Gutte... | Bank of Americ... | 28.55 |
| Credit Card Charge | 06/09/2017 | | ABC Supply | Damian sidding | Bank of Americ... | 85.84 |
| Check | 06/10/2017 | 5273 | Damian Meredith | Repay for tool... | US Bank Chec... | 280.00 |
| Credit Card Charge | 06/10/2017 | | Home Depot | Damian hard... | Bank of Americ... | 15.64 |
| Credit Card Charge | 06/10/2017 | | Home Depot | Damian plywo... | Bank of Americ... | 36.38 |
| Credit Card Charge | 06/12/2017 | | Home Depot | Damian electr... | Bank of Americ... | 4.06 |
| Credit Card Charge | 06/13/2017 | | Home Depot | Damian Outlet | Bank of Americ... | 21.10 |
| Credit Card Charge | 06/19/2017 | | Menards | Neil/maintena... | Bass Pro 7194... | 11.59 |
| Credit Card Charge | 06/20/2017 | | Menards | Tile/flooring re... | Southwest 353... | 54.76 |
| Deposit | 06/26/2017 | 5026 | Citywide Investments | repay for sup... | US Bank Chec... | -54.76 |
| Credit Card Charge | 07/03/2017 | | Menards | Damian/repair... | US Bank CC #... | 41.99 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 07/07/2017 | | Home Depot | Damian electr... | Bass Pro 7194... | 8.54 |
| Credit Card Charge | 07/07/2017 | | Home Depot | Damian flooring | Bass Pro 7194... | 43.88 |
| Credit Card Charge | 07/07/2017 | | Home Depot | Damian utility... | Bass Pro 7194... | 2.08 |
| Credit Card Charge | 07/10/2017 | | Menards | Damian smok... | Bass Pro 7194... | 27.77 |
| Credit Card Charge | 07/10/2017 | | Home Depot | Damian caulk | Bass Pro 7194... | 7.05 |
| Credit Card Charge | 07/11/2017 | | Home Depot | Neil/Lumber | Southwest 353... | 136.36 |
| Credit Card Charge | 07/11/2017 | | Menards | John/storm do... | US Bank CC #... | 78.83 |
| Credit Card Charge | 07/12/2017 | | Menards | Damian/electr... | Bass Pro 7194... | 25.32 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 11/06/2017 | | Home Depot | electrical repa... | Bass Pro 7194... | 61.24 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| **Total 1313 Rogers** | | | | | | 1,723.38 |
| | | | | | | |
| **1441 Comstock** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Deposit | 07/12/2017 | | Rent from Tenant | Deposit | Citywide US B... | -575.00 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 08/29/2017 | | Menards | Neil plumbing ... | Southwest 353... | 29.36 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Credit Card Charge | 11/27/2017 | | Menards | repairs and m... | Bass Pro 7194... | 87.45 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| **Total 1441 Comstock** | | | | | | -22.50 |

# RPM Services
## Account QuickReport
### April through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **1725 S. 24th** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Deposit | 05/19/2017 | | Rent from Tenant | Deposit | Citywide US B... | -420.00 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 06/20/2017 | | WE Energies | utilities | US Bank CC #... | 129.25 |
| Credit Card Charge | 06/20/2017 | | WE Energies | utilities | US Bank CC #... | 238.22 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Check | 08/02/2017 | 1111 | Neil Bliese | labor repairs/... | ADP Wages (U... | 150.00 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 10/24/2017 | | Menards | Zak plumbing ... | US Bank CC #... | 93.98 |
| Credit Card Charge | 10/24/2017 | | Menards | Zak window r... | US Bank CC #... | 52.25 |
| Credit Card Charge | 10/24/2017 | | Ace | Zak-hardware... | US Bank CC #... | 7.66 |
| Deposit | 10/25/2017 | | Citywide Investments | Repairs/maint... | US Bank Chec... | -146.23 |
| Credit Card Charge | 10/25/2017 | | Home Depot | Zak interior d... | Bass Pro 7194... | 65.45 |
| Check | 10/25/2017 | 5104 | RPM Management ... | repairs | Citywide US B... | 146.23 |
| Credit Card Charge | 10/26/2017 | | Ace | Zak hardware/... | US Bank CC #... | 7.66 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Credit Card Charge | 11/06/2017 | | Menards | roll up door | Bass Pro 7194... | 262.94 |
| Credit Card Credit | 11/09/2017 | | Menards | roll up door re... | Bass Pro 7194... | -262.94 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Total 1725 S. 24th | | | | | | 830.72 |
| | | | | | | |
| **2146 S. 16th** | | | | | | |
| Check | 04/15/2017 | ACH | WaterStone RPM A... | principal | WaterStone Ba... | 46.24 |
| Check | 05/15/2017 | ACH | WaterStone RPM A... | mortgage | WaterStone Ba... | 403.70 |
| Check | 06/15/2017 | ACH | WaterStone RPM A... | mortgage | WaterStone Ba... | 403.70 |
| Check | 06/15/2017 | ach | WaterStone RPM A... | | WaterStone Ba... | 394.08 |
| Deposit | 07/13/2017 | 5036 | Citywide Investments | mortgage | WaterStone Ba... | -403.70 |
| Check | 07/13/2017 | ach | WaterStone RPM A... | | WaterStone Ba... | 394.08 |
| Check | 07/13/2017 | 5036 | RPM Management ... | mortgage | Citywide US B... | 403.70 |
| Deposit | 08/14/2017 | | Citywide Investments | mortgage | WaterStone Ba... | -394.00 |
| Check | 08/14/2017 | 5045 | RPM Management ... | mortgage | Citywide US B... | 396.00 |
| Check | 08/15/2017 | ach | WaterStone RPM A... | | WaterStone Ba... | 394.08 |
| Check | 09/15/2017 | ach | WaterStone RPM A... | | WaterStone Ba... | 394.08 |
| Check | 10/11/2017 | 5102 | RPM Management ... | mortgage | Citywide US B... | 394.08 |
| Deposit | 10/12/2017 | 5102 | Citywide Investments | Deposit | WaterStone Ba... | -394.08 |
| Check | 10/15/2017 | ach | WaterStone RPM A... | | WaterStone Ba... | 394.08 |
| Check | 10/15/2017 | ach | WaterStone RPM A... | Principal | WaterStone Ba... | 55.22 |
| Check | 11/15/2017 | ach | WaterStone RPM A... | Principal | WaterStone Ba... | 55.22 |
| Check | 12/15/2017 | ach | WaterStone RPM A... | principal | WaterStone Ba... | 55.21 |
| Total 2146 S. 16th | | | | | | 2,991.61 |
| | | | | | | |
| **2214 S. 15th** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Check | 05/05/2017 | 5255 | Monika Gasper | 5/21-5/27  Wo... | US Bank Chec... | 220.00 |
| Credit Card Charge | 05/23/2017 | | Menards | OSB Board | Menards/HSB... | 232.85 |
| Credit Card Charge | 05/23/2017 | | Menards | Shingles, felt | Menards/HSB... | 778.72 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Total 2214 S. 15th | | | | | | 1,697.32 |

Case 17-22900-gmh    Doc 61    Filed 01/11/18    Page 18 of 25

# RPM Services
## Account QuickReport
### April through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **2258 S. Chase** | | | | | | |
| Check | 04/03/2017 | 5621 | Tom Chojancki | Remodel/Rep... | US Bank Chec... | 150.00 |
| Check | 04/03/2017 | 5626 | Dennis Dalgord | Remodel/Rep... | US Bank Chec... | 100.00 |
| Check | 04/24/2017 | 326 | Home Depot | Remodel | Paid Cash | 188.04 |
| Check | 04/24/2017 | 327 | Menards | Remodel | Paid Cash | 18.81 |
| Check | 04/25/2017 | 324 | Home Depot | Remodel | Paid Cash | 7.81 |
| Check | 04/25/2017 | 325 | Menards | remodel | Paid Cash | 0.55 |
| Check | 04/25/2017 | 744 | Rodolfo Garcia | Remodel | WaterStone Ba... | 291.00 |
| Credit Card Charge | 05/19/2017 | | Menards | Neil/Hardware | US Bank CC #... | 10.81 |
| Check | 05/19/2017 | 5009 | RPM Management ... | RPM credit ca... | Citywide US B... | 21.09 |
| Credit Card Charge | 11/15/2017 | | Home Depot | Zak electrical ... | Bass Pro 7194... | 19.38 |
| | | | | | | |
| Total 2258 S. Chase | | | | | | 807.49 |
| | | | | | | |
| **2335 S. 7th** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Check | 04/17/2017 | 749 | US Bank | mortgage | WaterStone Ba... | 403.70 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 06/20/2017 | | WE Energies | utilities | US Bank CC #... | 476.88 |
| Credit Card Charge | 06/20/2017 | | WE Energies | utilities | US Bank CC #... | 375.91 |
| Check | 06/29/2017 | 5328 | Scott Parrish | repairs/mainte... | US Bank Chec... | 100.00 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Credit Card Charge | 10/27/2017 | | Home Depot | Zak window/w... | Bass Pro 7194... | 204.59 |
| Credit Card Charge | 10/27/2017 | | True Value | Zak glass for ... | Bass Pro 7194... | 52.22 |
| Credit Card Charge | 10/31/2017 | | Ace | glass/paint re... | Bass Pro 7194... | 7.98 |
| Credit Card Charge | 10/31/2017 | | Home Depot | window repair... | Bass Pro 7194... | 40.02 |
| Credit Card Charge | 11/02/2017 | | Home Depot | drywall/wall re... | Bass Pro 7194... | 229.31 |
| Credit Card Charge | 11/03/2017 | | Home Depot | drywall repair,... | Bass Pro 7194... | 46.93 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Deposit | 11/07/2017 | 5108 | Citywide Investments | repairs/remodel | US Bank Chec... | -220.50 |
| Credit Card Charge | 11/09/2017 | | Home Depot | bathroom repair | Bank of Americ... | 62.74 |
| Credit Card Charge | 11/12/2017 | | Home Depot | plumbing repa... | Bank of Americ... | 23.08 |
| Credit Card Charge | 11/14/2017 | | Menards | Zak paint | Bass Pro 7194 ... | 12.60 |
| Credit Card Charge | 11/15/2017 | | Home Depot | Zak lumber fo... | Bass Pro 7194... | 109.56 |
| Credit Card Charge | 11/15/2017 | | Citgo | Zak fuel in wo... | Bass Pro 7194... | 83.45 |
| Check | 11/18/2017 | 353 | Lowe's Home Cente... | Tile | Paid Cash | 16.87 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| | | | | | | |
| Total 2335 S. 7th | | | | | | 2,510.73 |
| | | | | | | |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 59.25 |
| Check | 04/06/2017 | 5639 | WE Energies | Utilities | US Bank Chec... | 18.68 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 59.25 |
| Credit Card Charge | 05/08/2017 | | Easy Eviction | Eviction Notice | Southwest 353... | 279.00 |
| Credit Card Charge | 05/19/2017 | | Menards | Neil/Hardware | US Bank CC #... | 10.28 |
| Credit Card Charge | 05/23/2017 | | Menards | Damian | US Bank CC #... | 11.27 |
| Credit Card Charge | 05/25/2017 | | Menards | Damian Repairs | US Bank CC #... | 207.18 |
| Credit Card Charge | 05/26/2017 | | Home Depot | Damian/hard... | Bass Pro 7194... | 43.86 |
| Credit Card Charge | 05/27/2017 | | Home Depot | Damian/paint | Bass Pro 7194... | 43.67 |
| Credit Card Charge | 05/31/2017 | | Home Depot | Damian repairs | Bass Pro 7194... | 27.57 |
| Credit Card Charge | 06/01/2017 | | Menards | Damian repair... | Bass Pro 7194... | 131.83 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 59.25 |
| Credit Card Charge | 06/22/2017 | | Menards | John/paint su... | US Bank CC #... | 274.53 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 59.25 |
| Credit Card Charge | 07/13/2017 | | Home Depot | Neil bug control | Bass Pro 7194... | 4.49 |
| Credit Card Charge | 07/13/2017 | | LisbonStorm & Door | Neil glass for ... | Bass Pro 7194... | 25.95 |
| Credit Card Charge | 07/17/2017 | | Home Depot | Damian bug c... | Bass Pro 7194... | 79.36 |
| Credit Card Charge | 07/18/2017 | | Home Depot | Damian | Bass Pro 7194... | 134.78 |
| Credit Card Charge | 07/18/2017 | | Home Depot | Damian repair... | Bass Pro 7194... | 206.65 |
| Credit Card Charge | 07/19/2017 | | Menards | repairs/mainte... | Bass Pro 7194... | 125.51 |
| Credit Card Charge | 07/19/2017 | | Menards | repairs/mainte... | Bass Pro 7194... | 6.21 |
| Credit Card Charge | 07/20/2017 | | Menards | stop molding | Bass Pro 7194... | 12.37 |
| Credit Card Charge | 07/20/2017 | | Menards | mortar | Bass Pro 7194... | 14.22 |
| Credit Card Charge | 07/24/2017 | | Menards | Damia repairs... | Bass Pro 7194... | 19.32 |

Page 3

# RPM Services
## Account QuickReport
### April through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| *Credit Card Charge* | *07/26/2017* | | *Home Depot* | grout, cleaner... | Bass Pro 7194... | 31.50 |
| Credit Card Charge | 07/27/2017 | | Menards | Damian/bathr... | Southwest 353... | 118.66 |
| Credit Card Charge | 07/27/2017 | | Home Depot | Damian | Southwest 353... | 31.20 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 08/03/2017 | | Menards | steel door | Bass Pro 7194... | 136.22 |
| Credit Card Charge | 08/03/2017 | | Menards | tub surroune, ... | Bass Pro 7194... | 309.31 |
| Credit Card Charge | 08/04/2017 | | Home Depot | joint compoun... | Bass Pro 7194... | 26.13 |
| Credit Card Charge | 08/04/2017 | | Menards | repairs/mainte... | Southwest 353... | 19.10 |
| Credit Card Charge | 08/05/2017 | | Menards | paint, masks, ... | Bass Pro 7194... | 52.99 |
| Credit Card Charge | 08/05/2017 | | Menards | joint compound | Bass Pro 7194... | 6.81 |
| Credit Card Charge | 08/05/2017 | | Walgreens | Drano | Bass Pro 7194... | 13.19 |
| Check | 08/07/2017 | 5420 | Victor Reyes | repairs/mainte... | US Bank Chec... | 290.00 |
| Credit Card Charge | 08/07/2017 | | Menards | paint, sand te... | Bass Pro 7194... | 7.02 |
| Credit Card Charge | 08/07/2017 | | Home Depot | corner bead | Bass Pro 7194... | 2.08 |
| Credit Card Charge | 08/07/2017 | | Home Depot | Damian windo... | Bass Pro 7194... | 39.58 |
| Credit Card Charge | 08/08/2017 | | Menards | cement board... | Bass Pro 7194... | 105.65 |
| Credit Card Credit | 08/10/2017 | | Menards | tile cutter | Bass Pro 7194... | -20.03 |
| Credit Card Charge | 08/10/2017 | | Menards | saw blade, cle... | Bass Pro 7194... | 34.12 |
| Credit Card Charge | 08/12/2017 | | Walgreens | Drano | Bass Pro 7194... | 11.07 |
| Credit Card Credit | 08/14/2017 | | Menards | steel door ret... | Bass Pro 7194... | -146.03 |
| Credit Card Charge | 08/14/2017 | | Menards | door, bathroo... | Bass Pro 7194... | 273.55 |
| Credit Card Credit | 08/14/2017 | | Menards | stud return | Bass Pro 7194... | -4.21 |
| Credit Card Charge | 08/14/2017 | | Menards | lumber | Bass Pro 7194... | 21.72 |
| Credit Card Credit | 08/15/2017 | | Menards | bowl ring return | Bass Pro 7194... | -1.89 |
| Credit Card Charge | 08/15/2017 | | Menards | nails, mouse ... | Bass Pro 7194... | 19.99 |
| Credit Card Charge | 08/15/2017 | | Menards | tile, lumber. s... | Bass Pro 7194... | 32.80 |
| Credit Card Credit | 08/16/2017 | | Menards | thermostat ret... | Bass Pro 7194... | -21.07 |
| Credit Card Charge | 08/16/2017 | | Home Depot | hardware, bat... | Bass Pro 7194... | 18.59 |
| Credit Card Charge | 09/03/2017 | | State Farm | insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 12/28/2017 | | Appliance Pros.com | Zak stove igni... | Bass Pro 7194... | 52.22 |

Total 3039 S. 7th      3,633.15

**5437 N. 38th**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Credit Card Charge | 04/03/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 04/06/2017 | 5634 | Victor Reyes | Repairs | US Bank Chec... | 160.00 |
| Check | 04/06/2017 | 5635 | Tom Chojancki | Repairs | US Bank Chec... | 200.00 |
| Check | 04/15/2017 | ACH | First Citizen Bank (... | Principal | WaterStone Ba... | 224.19 |
| Credit Card Charge | 05/03/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 05/15/2017 | ACH | First Citizen Bank (... | Principal | WaterStone Ba... | 236.54 |
| Credit Card Charge | 06/06/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 06/14/2017 | 5023 | RPM Management ... | mortgage | Citywide US B... | 774.00 |
| Deposit | 06/15/2017 | | Citywide Investments | supplies | WaterStone Ba... | -774.00 |
| Check | 06/15/2017 | ACH | First Citizen Bank (... | Principal | WaterStone Ba... | 227.45 |
| Credit Card Charge | 07/04/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 07/13/2017 | ach | First Citizen Bank (... | Principal | WaterStone Ba... | 239.84 |
| Deposit | 07/13/2017 | 5035 | Citywide Investments | mortgage | WaterStone Ba... | -776.86 |
| Check | 07/13/2017 | 5034 | RPM Management ... | VOID: | Citywide US B... | 0.00 |
| Check | 07/13/2017 | 5035 | RPM Management ... | mortgage | Citywide US B... | 776.86 |
| Credit Card Charge | 08/03/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Deposit | 08/14/2017 | | Citywide Investments | mortgage | WaterStone Ba... | -776.86 |
| Check | 08/14/2017 | 5045 | RPM Management ... | mortgage | Citywide US B... | 776.00 |
| Check | 08/15/2017 | ach | First Citizen Bank (... | Principal | WaterStone Ba... | 231.03 |
| Credit Card Charge | 09/03/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 09/15/2017 | ach | First Citizen Bank (... | Principal | WaterStone Ba... | 232.76 |
| Credit Card Charge | 10/04/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 10/13/2017 | 6058 | Tom Chojancki | Reimburseme... | US Bank Chec... | 145.00 |
| Check | 10/15/2017 | ach | First Citizen Bank (... | Principal | WaterStone Ba... | 244.98 |
| Check | 10/25/2017 | 6085 | Tom Chojancki | Reimburse for ... | US Bank Chec... | 40.00 |
| *Check* | *11/03/2017* | *6107* | *Tom Chojancki* | *repay for sup...* | *US Bank Chec...* | 125.00 |
| Credit Card Charge | 11/04/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 11/15/2017 | ach | First Citizen Bank (... | Principal, | WaterStone Ba... | 244.98 |

Case 17-22900-gmh    Doc 61    Filed 01/11/18    Page 20 of 25

# RPM Services
## Account QuickReport
### April through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| *Credit Card Charge* | *12/05/2017* | | *State Farm* | *Insurance* | *Southwest 353...* | *71.33* |
| Check | 12/15/2017 | ach | First Citizen Bank  (... | principal | WaterStone Ba... | 248.50 |
| Total 5437 N. 38th | | | | | | 3,441.38 |
| **Rental Insurance Fee** | | | | | | |
| Credit Card Charge | 04/03/2017 | | State Farm | fee | Southwest 353... | 1.00 |
| Credit Card Charge | 05/03/2017 | | State Farm | fee | Southwest 353... | 1.00 |
| Credit Card Charge | 09/03/2017 | | State Farm | | Southwest 353... | 1.00 |
| Credit Card Charge | 10/04/2017 | | State Farm | | Southwest 353... | 1.00 |
| Credit Card Charge | 11/04/2017 | | State Farm | | Southwest 353... | 1.00 |
| Credit Card Charge | 12/05/2017 | | State Farm | | Southwest 353... | 1.00 |
| Total Rental Insurance Fee | | | | | | 6.00 |
| **Supplies** | | | | | | |
| Deposit | 05/22/2017 | 5009 | Citywide Investments | repay charge ... | US Bank Chec... | -20.09 |
| Deposit | 08/14/2017 | | Citywide Investments | Deposit | WaterStone Ba... | -1.06 |
| Check | 11/14/2017 | 5112 | RPM Management ... | credit card ch... | Citywide US B... | 600.00 |
| Total Supplies | | | | | | 578.85 |
| **Loan from RPM to Citywide - Other** | | | | | | |
| Deposit | 06/26/2017 | 5025 | Citywide Investments | Repay RPMs ... | US Bank Chec... | -1,661.74 |
| Deposit | 11/16/2017 | 5112 | Citywide Investments | for mortgages | WaterStone Ba... | -600.00 |
| Total Loan from RPM to Citywide - Other | | | | | | -2,261.74 |
| Total Loan from RPM to Citywide | | | | | | 15,936.39 |
| **TOTAL** | | | | | | **15,936.39** |

Case 17-22900-gmh    Doc 61    Filed 01/11/18    Page 21 of 25

**WATERSTONE BANK, SSB**
414-459-4650 OR 855-491-5094
11200 W PLANK COURT
WAUWATOSA WI 53226

# LOAN STATEMENT

00001419 FIBS783S111817010133 000002 000000 0

CITY WIDE INVESTMENTS LLC
JOHN M NAZARIO
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

| Account/Note Number | 6071 |
| Statement Date | 11/17/17 |
| Officer | GINA RAFENSTEIN |
| Branch Number | 109 |
| Current Balance | $15,055.67 |
| Payment Due Date | 12/01/17 |
| Amount Due | $394.08 |

*Your Account Number XXXXXXX8031 Will Be Charged*
*Call 855-491-5094 with questions on your bill.*

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 2146 S 16TH ST,MILWAUKEE, | | | | | |
| 6071/M | 15,055.67 | 5.750000 | 07/01/24 | Principal Payment | 55.22 |
| | | | | Interest To 12/01/17 | 72.26 |
| | | | | Escrow | 266.60 |
| | | | | Total Due On 12/01/17 | $394.08 |

## RATE INFORMATION
** Variable + 3.50000% **

IF YOU DETERMINE THAT THERE IS A SPECIFIC ERROR ON YOUR LOAN OR YOU
NEED INFORMATION REGARDING YOUR LOAN, PLEASE CONTACT WSB IN WRITING TO:
WATERSTONE BANK *WSB* 11200 W. PLANK COURT WAUWATOSA, WI 53226
*WSB'S PRIVACY NOTICE HAS NOT CHANGED TO OBTAIN A PRIVACY NOTICE VISIT*
OUR WEBSITE AT WWW.WSBONLINE.COM OR FOR A MAILED COPY CALL 888.686.7272.

Please return the bottom portion if you are making an additional loan payment.

CITY WIDE INVESTMENTS LLC
JOHN M NAZARIO
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

*A late fee of $19.70 will be imposed if payment is not received by 12/18/17.*

783

Please remit and make check payable to:

| Account/Note Number | 6071 |
| Payment Due Date | 12/01/17 |
| Amount Due | $394.08 |
| Additional Prin, Int, Escrow, Fees: | |

Amount Enclosed

WATERSTONE BANK, SSB
11200 W PLANK COURT
WAUWATOSA WI 53226

[ ] Check here for change of address or phone number and indicate changes.

6071



Dec 15, 2017              ACH LOAN PMT #___023 Hide details

                         Principal:     248.50

                         Interest:      306.61

                         *Escrow:*      221.75



# Business Statement

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2167    TRN              S        Y     ST01

Account Number:
1    .    .0120
Statement Period:
Dec 1, 2017
through
Dec 31, 2017

Page 1 of 3



ililililililililililililililililililililililil
000158497 01 SP    10648137678464648 E
ESTATE OF  CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

☎

*To Contact U.S. Bank*

**24-Hour Business
Solutions:**                     1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                        usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Changes effective now for cash transactions**

At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering. We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Because of this requirement, we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

**What may be required for a cash transaction?** This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. More information on these changes is available at www.usbank.com/cashtransactions. Thank you for your assistance.

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2018.** Please contact your Banker or Treasury Management Consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

Effective January 1st, 2018 the outgoing international branch wire fee will increase from $50.00 to $70.00. For any questions, please visit your local branch or call 800-673-3555.

*Effective January 1st, 2018 the returned deposited (per item) fee will increase from $12.00 to $14.00 for business checking.* For any questions, please visit your local branch or call 800-673-3555.

**Protecting your accounts is our highest priority.** We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Business Edge Debit or ATM Card has not been used within the last 18 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-673-3555.

---

## SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                          Account Number              (-0120

### Account Summary

|                              | # Items |      |            |
| ---------------------------- | ------- | ---- | ---------- |
| Beginning Balance on Dec 1   |         | $    | 6,686.32   |
| Customer Deposits            | 7       |      | 6,797.00   |
| Other Deposits               | 3       |      | 6.12       |
| Other Withdrawals            | 9       |      | 2,343.37 - |
| Checks Paid                  | 9       |      | 5,402.33 - |
| **Ending Balance on Dec 31, 2017** |   | $    | 5,743.74   |

### Customer Deposits

| Number | Date  | Ref Number | Amount   | Number | Date   | Ref Number | Amount   |
| ------ | ----- | ---------- | -------- | ------ | ------ | ---------- | -------- |
|        | Dec 5 | 8359017453 | 1,240.00 |        | Dec 12 | 8358259596 | 2,300.00 |
|        | Dec 6 | 8656127096 | 550.00   |        | Dec 14 | 8854609445 | 800.00   |



ESTATE OF CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

**Business Statement**

Account Number:
███████ 0120

Statement Period:
Dec 1, 2017
through
*Dec 31, 2017*

Page 2 of 3



*(handwritten note: included utility pmts 101 from tenants for pmts)*

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association                                                      Account Number        ▮-0120

### Customer Deposits (continued)

| Number | Date | Ref Number | Amount | | Number | Date | Ref Number | Amount |
|--------|------|------------|--------|---|--------|------|------------|--------|
| | Dec 15 | 9255292831 | 516.00 | | | Dec 26 | 8359016050 | 300.00 |
| | Dec 18 | 8059246265 | 1,091.00 | | | | | |

**Total Customer Deposits** $ **6,797.00**

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Dec 6 | Electronic Deposit | From BILL PAY CHOICE | | $ | 0.50 |
| | REF=173390116295710N00 | 9500000000ACCT | | | |
| | | CNFRMCKF969319348POS | | | |
| Dec 6 | Electronic Deposit | From BILL PAY CHOICE | | | 0.62 |
| | REF=173390116295720N00 | 9500000000ACCT | | | |
| | | CNFRMCKF969319348POS | | | |
| Dec 26 | Addition | | 8359016714 | | 5.00 |

**Total Other Deposits** $ **6.12**

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Dec 6 | Electronic Withdrawal | From BILL PAY CHOICE | | $ | 1.12- |
| | REF=173390116295730N00 | 9500000000ACCT | | | |
| | | CNFRMCKF969319348POS | | | |
| Dec 8 | Electronic Withdrawal | From BANK OF AMERICA | | | 25.00- |
| | REF=173420085579560N00 | 9500000000ONLINE PMTCKF969319348POS | | | |
| Dec 8 | Electronic Withdrawal | To CAPITAL ONE | | | 500.00- |
| | REF=173410060019020N00 | 9541719427Online Pmt000001870347198 | | | |
| Dec 8 | Internet Banking Transfer | To Account ▮▮▮▮5757 | | | 1,058.00- |
| Dec 18 | Proof Correction Debit | | 8059246270 | | 5.00- |
| Dec 20 | Electronic Withdrawal | From DLX For Business | | | 85.12- |
| | REF=173530162038970Y00 | 1411877307BUS PROD 02041449929128 | | | |
| Dec 28 | Electronic Withdrawal | From WE ENERGIES | | | 96.06- |
| | REF=173620139648030Y00 | 13904762WEONLINE DB 5655053094 | | | |
| Dec 28 | Electronic Withdrawal | From WE ENERGIES | | | 304.41- |
| | REF=173620139648950Y00 | 13904762WEONLINE DB 6860085816 | | | |
| Dec 29 | Electronic Withdrawal | From BANK OF AMERICA | | | 268.66- |
| | REF=173630065421180N00 | 9500000000ONLINE PMTCKF969319348POS | | | |

**Total Other Withdrawals** $ **2,343.37-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | | Check | Date | Ref Number | Amount |
|-------|------|------------|--------|---|-------|------|------------|--------|
| 5076 | Dec 20 | 8654998879 | 233.00 | | 5122 | Dec 26 | 8354552340 | 494.03 |
| 5077 | Dec 20 | 8652356798 | 100.00 | | 5123 | Dec 14 | 8954565362 | 650.00 |
| 5079* | Dec 27 | 8650804908 | 367.00 | | 5124 | Dec 6 | 8656127099 | 1,338.30 |
| 5080 | Dec 27 | 8650804907 | 135.00 | | 5125 | Dec 15 | 9255292834 | 1,785.00 |
| 5121* | Dec 5 | 8359020301 | 300.00 | | | | | |

\* Gap in check sequence                       **Conventional Checks Paid (9)** $ **5,402.33-**

### Balance Summary

| Date | Ending Balance | | Date | Ending Balance | | Date | Ending Balance |
|------|----------------|---|------|----------------|---|------|----------------|
| Dec 5 | 7,626.32 | | Dec 14 | 7,705.02 | | Dec 26 | 6,914.87 |
| Dec 6 | 6,838.02 | | Dec 15 | 6,436.02 | | Dec 27 | 6,412.87 |
| Dec 8 | 5,255.02 | | Dec 18 | 7,522.02 | | Dec 28 | 6,012.40 |
| Dec 12 | 7,555.02 | | Dec 20 | 7,103.90 | | Dec 29 | 5,743.74 |

Balances only appear for days reflecting change.