THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 12, 2019

G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | April 10, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 17-22900 |
| DEBTOR: | City Wide Investments, LLC |
| NATURE OF HEARING: | Chapter 11 status hearing |
| APPEARANCES: | Leonard Leverson, appearing for the debtor |
| | Laura Steele, appearing for the United States Trustee |
| | Gregory Kruse, appearing for the City of Milwaukee |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

The court held a status hearing in this chapter 11 case. The court noted that the debtor's authorization for use of cash collateral expired on December 31, 2018, see ECF No. 58. Counsel for the debtor orally moved to extend the use of cash collateral until the earlier of plan confirmation or October 9, 2020. The court instructed Mr. Leverson to draft an order stating that the court was conditionally granting the debtor's motion for use of cash collateral until the earlier of plan confirmation of October 9, 2020, unless First Citizens State Bank, Watersone Bank or any other party with an interest in the collateral files an objection within 21 days. After the court signs that order, the debtor must serve the order on First Citizens State Bank, Waterstone Bank, and any other party with an interest in the motion forthwith.

The court set July 1, 2019, as the deadline to file proofs of claims in this case. Mr. Leverson to submit a proposed order.

# # # # #