THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 14, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

City Wide Investments, LLC,

Debtor.

Case No. 17-22900-gmh
(Chapter 11)

**ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION**

City Wide Investments, LLC, the debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 3, 2017. The Debtor previously sought and the Court has previously entered orders authorizing the use of cash collateral and provision of adequate protection to First Citizens State Bank and Waterstone Bank (the "Banks") through December 31, 2018, or the Effective Date of a plan.

At a status conference conducted on April 10, 2019, the Debtor orally moved for an order for the continued use of cash collateral and authorizing adequate protection seeking an

additional period of cash collateral usage, pending the confirmation of a plan, and requesting the use of cash collateral through October 9, 2020, or the Effective Date of a plan. The Court conditionally granted the Debtor's oral motion, subject to the rights of the two affected secured creditors to object to the terms of the continued use of cash collateral and provision of adequate protection.

Upon all of the records and proceedings had herein, it is hereby ORDERED:

1. That unless First Citizens State Bank, Waterstone Bank, or any other party with an interest in cash collateral objects by **June 14, 2019**, the Debtor is authorized to use cash collateral through and including October 9, 2020, or the Effective Date of a plan, whichever occurs first, in order to pay ordinary and necessary operating expenses.

2. As adequate protection for the Debtor's use of cash collateral, the Debtor shall:

   a. Continue to make its regular monthly mortgage and tax escrow payments to First Citizens State Bank and Waterstone Bank (the "Banks") in the current amounts of $776.86 and $325.65, respectively (subject to modification when and if tax escrow amounts change).

   b. Continue to keep the properties that are the Banks' collateral insured.

3. The Debtor shall serve notice of the entry of this order on First Citizens State Bank and Waterstone Bank, and each secured creditor, within two days of the entry of the order.

#####