# L L&M LEVERSON LUCEY & METZ S.C.
### *Attorneys at Law*

106 W. Seeboth St., Suite 204-1
Milwaukee, WI 53204
414-271-8500

3030 W. Highland Blvd.
Milwaukee, WI 53208
414-539-4217

May 22, 2019

**BY E-FILING**

The Honorable G. Michael Halfenger
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *In re City Wide Investments,* LLC,
Case No. 17-22900-gmh

Dear Judge Halfenger:

I submitted a proposed Order Authorizing Continued Use of Cash Collateral and Granting Adequate Protection last Tuesday, and on Wednesday I noticed that the Court had entered such an order. I neglected to open and read the order at the time, however. My assistant's husband passed away last Wednesday, and she was out of the office for several days. Today, in the process of our catching up on matters, she brought it to my attention that the Court's order as entered required us to serve the secured creditors with the Court's order within two days, which, of course, did not happen.

We are today serving the secured creditors with a Notice of Entry of Order Authorizing Continued Use of Cash Collateral and Granting Adequate Protection and the Order Authorizing Continued Use of Cash Collateral and Granting Adequate Protection. I apologize for the delay in transmitting the order to the interested parties, and request the Court's indulgence under the circumstances.

Very truly yours,

Leonard G. Leverson

LGL/dk

cc: Laura Steele, Esq.       (by e-filing)
    William F. Bruss, Esq.   (by e-filing)
    Mark T. Olm, Esq.        (by e-mail)
    John Nazario             (by e-mail)