# MONTHLY FINANCIAL REPORT *Amended*

## OFFICE OF THE U.S. TRUSTEE
### EASTERN DISTRICT OF WISCONSIN

Case Name *Citywide Investments*    Case No. *17-22900 6m H*

FOR MONTH OF *December*, 20 *17*

## I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | |
|---|---|---|
| A. | CASH ON HAND START OF MONTH | 6686.32 |
| B. | RECEIPTS | 6803.12 |
| C. | DISBURSEMENTS | 7745.70 |
| D. | NET RECEIPTS (DISBURSEMENTS) | (942.58) |
| E. | CASH ON HAND END OF MONTH | 5743.74 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | | |
|---|---|---|
| A. | NET SALES | 6803.12 |
| B. | COST OF SALES | 0 |
| C. | GROSS PROFIT | 6803.12 |
| D. | TOTAL OPERATING EXPENSES | 7745.70 |
| E. | NET INCOME (LOSS) FROM OPERATIONS | (942.58) |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | 0 |
| G. | NET INCOME (LOSS) | (942.58) |

1

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)

A. Related to Business Operations:
    *Total Revenue (Sales)*      $ 6803.12

    Less: Cost of Goods Sold:
        Beginning Inventory at Cost      $ 0
        Add: Purchases      0
        Less: Ending Inventory at Cost      0
    Cost of Goods Sold      0

    Gross Profit      6803.12

    Less: *Operating Expenses:*
| | |
|---|---|
| Officer Compensation | 0 |
| Salaries and Wages -- Other Employees | 0 |
| Employee Benefits and pensions | 0 |
| Payroll Taxes | 0 |
| Real Estate Taxes | 0 |
| Federal and State Income Taxes | 0 |
| Rent and Lease Exp.(Real & Personal Property) | 0 |
| Interest Expense (Mortgage, Loan, etc.) | * |
| Insurance | * |
| Automobile Expense | 0 |
| Utilities (Gas, Electricity, Water, Telephone, etc.) | 894.50 |
| Depreciation and Amortization | 0 |
| Repairs and Maintenance | 6016.08 |
| Advertising | 0 |
| Supplies, Office Expenses, Photocopies, etc. | 185.12 |
| Bad Debts | 0 |
| Miscellaneous Operating Expenses | 0 |

    Total Operating Expenses      7095.70

    Net Income (Loss) from Operations      (292.58)

B. Not Related to Business Operations:

    *Revenue:*
        Interest Income      0
        Net Gain (Loss) on Sale of Assets      0
        Other Non-Operating Revenues (Specify)      0

    Total Non-Operating Revenue      0

    *Expenses:*
        Legal and Professional Fees (Specify) US Trustee      650.00
        Other Non-Operating Expenses (Specify)      0

    Total Non-Operating Expenses      650.00

NET INCOME/LOSS FOR PERIOD      $ (942.58)

\* loan from RPM 2³ 1527.52    Princ + escrow
Insurance: 336.57    394.08 + 776.86 = 1170⁹
interest: $378.87

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
(Attach Copies of Bank Statements & Bank Reconciliations)

Depository Name & Location: _US Bank_
_Muskego WI_

Beginning Cash Balance Per Books          $ 6686.32

### Receipts:

| | |
|---|---|
| Sales (Cash **ONLY**) | $ 6803.12 |
| Collection of Accounts Receivable | 0 |
| Proceeds from Sale of Assets | 0 |
| Interest Income | 0 |
| Other Income (Specify) | 0 |

Total Receipts          $ 6803.12
(Per Attached Itemized Listing)

### Disbursements:

| | |
|---|---|
| Purchases of Inventory | $ 0 |
| Officer Compensation | 0 |
| Salaries & Wages - Other Employees | 0 |
| Employee Benefits | 0 |
| Legal & Professional Fees | 650.00 |
| Payroll Taxes | 0 |
| Other Taxes (Specify) | 0 |
| Payments to Mortgagees | * |
| Rent | 0 |
| Lease Payments | 0 |
| Automobile Expenses | 0 |
| Insurance | * |
| Utilities | 894.50 |
| Supplies | 0 |
| Other (Specify) _Repairs_ | 185.12 |
| | 6016.08 |

Total Disbursements          $ 7745.70
(Per Attached Itemized Listing)

Net Receipts (Disbursements)          $ (942.58)

Ending Cash Balance Per Books          $ 5243.74

✝ Loan from RPM- See previous page

# IV. BALANCE SHEET

### ASSETS

*Current*

| | | |
|---|---|---|
| *Cash* | $ 6,686.32 | |
| Inventory | 0 | |
| Accounts Receivable | 7745.70 | |
| Other (specify) | 0 | |
| Total Current Assets | | $ 14,432.02 |

*Fixed*

| | | |
|---|---|---|
| Property and Equipment | 10,547.14 | |
| Accumulated Depreciation | < 0 > | |
| Other (specify) property | 398,000.00 | |
| Total Fixed Assets | 408,457.14 | |
| Total Assets | | $ 422,889.16 |

### LIABILITIES

*Current*      loan from RPm

| | | |
|---|---|---|
| Post Chapter 11 Payables | $ 11,869.47 | |
| Post-Petition Taxes Payable | 12,571.57 | |
| Accrued Professional Fees | 34,000.00 | |
| Other (specify) Non Priority | 418,306.27 | |
| Total Current Liabilities | | $ 476,747.31 |

*Long Term Debt*

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ 173,240.07 | |
| Notes & Loan Payable | 53,369.21 | |
| Other (specify) loan to RPm | 39,777.65 | |
| Total Long Term Debt | 266,386.93 | |
| Total Liabilities | 743,134.24 | |

### STOCKHOLDERS EQUITY/<DEFICIT>

| | | |
|---|---|---|
| Capital Stock | $ 0 | |
| Retained Earnings (Deficit) | 0 | |
| Current Surplus (Deficit) | 0 | |
| Total Stockholders Equity | | $ 0 |

| | |
|---|---|
| Total Liabilities & Stockholder Equity | $ 743,134.24 |

6

## V. SUPPORTING SCHEDULES

1. <u>OTHER MONIES ON HAND</u>  (Specify type, location, and amount; i.e. petty cash, cash on hand, etc.):

_N/A_

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u>(exclude pre-petition accounts payable):

| | | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 Days | $ | $ |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | | |
| Overdue | 91-120 Days | _N/A_ | _N/A_ |
| Overdue | Over 121 Days | | |
| | Total | $ | $ |

Itemize all post-petition payables over 30 days old on a separate schedule.

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| Leverson, Lucy + Metz | 34,000.00 |
| | |
| | |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/ Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
|---|---|---|---|---|
| 1st Citizens | monthly | 776.86 | 12/15 | 0 |
| Waterstone | monthly | 394.08 | 12/15 | 0 |

*Include Only Post Petition Payments.
Explanation for Non Payment:

7

## VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of post petition taxes and withholdings that have been paid and accrued through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

| | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | | | | |
| Employer's FICA | | | | |
| Federal Employee Withholding | | | | |
| Federal Unemployment Taxes | | | | |
| Federal Income Taxes | | | | |
| State Income Taxes | | | | |
| State Unemployment Taxes | | | | |
| State Employee Withholding | | | | |
| State Sales & Use Taxes | | | | |
| Real Estate Taxes | | | | |
| Personal Property Taxes | | | | |
| Other Taxes (Specify): | | | | |
| _City of Milwaukee_ | | | | 173,240.07 |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

## VII. DECLARATION

I, _John M Nazario_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John M Nazario_
Print Name & Capacity of Person
signing this Declaration

Date: _5/8/20_

Signature _____

Name, Title & Telephone No. of Preparer:

_Kat Rowe_

_Office Mgr_

_262 895 6638_

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Loan from RPM to Citywide** | | | | | | |
| **1313 Rogers** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 55.75 |
| Total 1313 Rogers | | | | | | 55.75 |
| **1441 Comstock** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 48.41 |
| Total 1441 Comstock | | | | | | 48.41 |
| **1725 S. 24th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 56.25 |
| Total 1725 S. 24th | | | | | | 56.25 |
| **2146 S. 16th** | | | | | | |
| Check | 12/15/2017 | ach | WaterStone RPM A... | principal | WaterStone Ba... | 55.21 |
| Total 2146 S. 16th | | | | | | 55.21 |
| **2214 S. 15th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.75 |
| Total 2214 S. 15th | | | | | | 51.75 |
| **2335 S. 7th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.66 |
| Total 2335 S. 7th | | | | | | 51.66 |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 51.83 |
| Credit Card Charge | 12/28/2017 | | Appliance Pros.com | Zak stove igni... | Bass Pro 7194... | 52.22 |
| Total 3039 S. 7th | | | | | | 104.05 |
| **5437 N. 38th** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | Insurance | Southwest 353... | 71.33 |
| Check | 12/15/2017 | ach | First Citizen Bank  (... | principal | WaterStone Ba... | 248.50 |
| Total 5437 N. 38th | | | | | | 319.83 |
| **Rental Insurance Fee** | | | | | | |
| Credit Card Charge | 12/05/2017 | | State Farm | | Southwest 353... | 1.00 |
| Total Rental Insurance Fee | | | | | | 1.00 |
| Total Loan from RPM to Citywide | | | | | | 743.91 |
| **TOTAL** | | | | | | **743.91** |



includes escrow + interest to mortgages

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Citywide Repairs** | | | | | | |
| **1313 Rogers (lower)** | | | | | | |
| Check | 12/18/2017 | 5077 | Snap On | drain tool | Citywide US B... | 100.00 |
| Total 1313 Rogers (lower) | | | | | | 100.00 |
| Total Citywide Repairs | | | | | | 100.00 |
| **TOTAL** | | | | | | **100.00** |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Citywide Contractor** | | | | | | |
| **1725 S 24th** | | | | | | |
| Check | 12/25/2017 | 5088 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 46.00 |
| Total 1725 S 24th | | | | | | 46.00 |
| **2258 S Chase** | | | | | | |
| Check | 12/25/2017 | 5088 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 75.00 |
| Total 2258 S Chase | | | | | | 75.00 |
| **2335 S 7th (lower)** | | | | | | |
| Check | 12/18/2017 | 5076 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 233.00 |
| Check | 12/25/2017 | 5088 | Zakaria Stentz | repairs/mainte... | Citywide US B... | 100.00 |
| Total 2335 S 7th (lower) | | | | | | 333.00 |
| **3039 S. 7th** | | | | | | |
| Check | 12/04/2017 | 5121 | Ricky Elmore | clean out | Citywide US B... | 300.00 |
| Check | 12/23/2017 | 5080 | Brandon Nelson | cleaning | Citywide US B... | 135.00 |
| Check | 12/24/2017 | 5078 | Neil Bliese | repairs/mainte... | Citywide US B... | 850.00 |
| Check | 12/27/2017 | 5079 | Dennis Dalgord | debris | Citywide US B... | 367.00 |
| Total 3039 S. 7th | | | | | | 1,652.00 |
| Total Citywide Contractor | | | | | | 2,106.00 |
| **TOTAL** | | | | | | **2,106.00** |



# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Citywide Taxes** | | | | | | |
| **1313 Rogers** | | | | | | |
| Check | 12/29/2017 | 5083 | City of Milwaukee | 4600142000 | Citywide US B... | 110.20 |
| Total 1313 Rogers | | | | | | 110.20 |
| **1441 Comstock** | | | | | | |
| Check | 12/29/2017 | 5081 | City of Milwaukee | | Citywide US B... | 229.10 |
| Total 1441 Comstock | | | | | | 229.10 |
| **1725 S 24th** | | | | | | |
| Check | 12/29/2017 | 5082 | City of Milwaukee | 4590734000 | Citywide US B... | 132.30 |
| Total 1725 S 24th | | | | | | 132.30 |
| **2214 S 15th** | | | | | | |
| Check | 12/29/2017 | 5085 | City of Milwaukee | 469628000 | Citywide US B... | 151.98 |
| Total 2214 S 15th | | | | | | 151.98 |
| **2258 S Chase** | | | | | | |
| Check | 12/29/2017 | 5084 | City of Milwaukee | 4670707000 | Citywide US B... | 132.55 |
| Total 2258 S Chase | | | | | | 132.55 |
| **2335  S 7th** | | | | | | |
| Check | 12/29/2017 | 5086 | City of Milwaukee | 4971120000 | Citywide US B... | 166.45 |
| Total 2335  S 7th | | | | | | 166.45 |
| **3039 S 7th** | | | | | | |
| Check | 12/29/2017 | 5087 | City of Milwaukee | 5070899000 | Citywide US B... | 166.45 |
| Total 3039 S 7th | | | | | | 166.45 |
| Total Citywide Taxes | | | | | | 1,089.03 |
| **TOTAL** | | | | | | **1,089.03** |



Not cashed in December

# RPM Services
## Account QuickReport
### As of December 31, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Escrow** | | | | | | | -3,275.24 |
| Check | 12/15/2017 | ach | WaterStone RPM A... | 2146 S 16th | WaterStone Bank- R... | -266.60 | -3,541.84 |
| Check | 12/15/2017 | ach | First Citizen Bank  (... | 5437 N 38th | WaterStone Bank- R... | -221.75 | -3,763.59 |
| **Total Escrow** | | | | | | -488.35 | -3,763.59 |
| **TOTAL** | | | | | | **-488.35** | **-3,763.59** |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Loan from RPM to Citywide** | | | | | | |
| **2146 S. 16th** | | | | | | |
| Check | 12/15/2017 | ach | WaterStone RPM A... | principal | WaterStone Ba... | 55.21 |
| Total 2146 S. 16th | | | | | | 55.21 |
| **3039 S. 7th** | | | | | | |
| Credit Card Charge | 12/28/2017 | | Appliance Pros.com | Zak stove igni... | Am Ex 4502 (6... | 52.22 |
| Total 3039 S. 7th | | | | | | 52.22 |
| **5437 N. 38th** | | | | | | |
| Check | 12/15/2017 | ach | First Citizen Bank  (... | principal | WaterStone Ba... | 248.50 |
| Check | 12/18/2017 | 752 | John Nazario | repairs | WaterStone Ba... | 140.00 |
| Total 5437 N. 38th | | | | | | 388.50 |
| Total Loan from RPM to Citywide | | | | | | 495.93 |
| **TOTAL** | | | | | | **495.93** |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Interest (Citywide)** | | | | | | |
| Check | 12/15/2017 | ach | WaterStone RPM A... | 2146 S 16th | WaterStone Ba... | 72.27 |
| Check | 12/15/2017 | ach | First Citizen Bank (... | 5437 N 38th | WaterStone Ba... | 306.61 |
| Total Interest (Citywide) | | | | | | 378.88 |
| **TOTAL** | | | | | | **378.88** |

# RPM Services
## Account QuickReport
### December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Interest (Citywide)** | | | | | | |
| Check | 12/15/2017 | ach | WaterStone RPM A... | 2146 S 16th | WaterStone Ba... | 72.27 |
| Check | 12/15/2017 | ach | First Citizen Bank (... | 5437 N 38th | WaterStone Ba... | 306.61 |
| Total Interest (Citywide) | | | | | | 378.88 |
| **TOTAL** | | | | | | 378.88 |

# RPM Services
## Register QuickReport
### December 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **WaterStone RPM ACCT** | | | | | | | |
| Check | 12/15/2017 | ach | 2146 S 16th | Escrow (Citywide) | | WaterStone Ba... | 266.60 |
| Total WaterStone RPM ACCT | | | | | | | 266.60 |
| **TOTAL** | | | | | | | **266.60** |

# RPM Services
# Register QuickReport
## December 2017

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **First Citizen Bank  (EQUITY LINE OF CRDT)** | | | | | | | |
| Check | 12/15/2017 | ach | 5437 N 38th | Escrow (Citywide) | | WaterStone Ba... | 221.75 |
| Total First Citizen Bank  (EQUITY LINE OF CRDT) | | | | | | | 221.75 |
| **TOTAL** | | | | | | | 221.75 |

# WATERSTONE BANK, SSB
**414-459-4650 OR 855-491-5094**
**11200 W PLANK COURT**
**WAUWATOSA WI 53226**

# LOAN STATEMENT

00001419 FIBS783S111817010133 000002 000000 0

CITY WIDE INVESTMENTS LLC
JOHN M NAZARIO
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

| | |
|---|---|
| Account/Note Number | i-86071 |
| Statement Date | 11/17/17 |
| Officer | GINA RAFENSTEIN |
| Branch Number | 109 |
| Current Balance | $15,055.67 |
| Payment Due Date | 12/01/17 |
| Amount Due | $394.08 |

*Your Account Number XXXXXXX8031 Will Be Charged*
*Call 855-491-5094 with questions on your bill.*

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 2146 S 16TH ST,MILWAUKEE, 86071/M | 15,055.67 | 5.750000 | 07/01/24 | Principal Payment | 55.22 |
| | | | | Interest To 12/01/17 | 72.26 |
| | | | | Escrow | 266.60 |
| | | | | **Total Due On 12/01/17** | **$394.08** |

## RATE INFORMATION
** Variable + 3.50000% **

IF YOU DETERMINE THAT THERE IS A SPECIFIC ERROR ON YOUR LOAN OR YOU
NEED INFORMATION REGARDING YOUR LOAN, PLEASE CONTACT WSB IN WRITING TO:
WATERSTONE BANK "WSB" 11200 W. PLANK COURT WAUWATOSA, WI 53226
WSB'S PRIVACY NOTICE HAS NOT CHANGED TO OBTAIN A PRIVACY NOTICE VISIT
OUR WEBSITE AT WWW.WSBONLINE.COM OR FOR A MAILED COPY CALL 888.686.7272.

Please return the bottom portion if you are making an additional loan payment.

CITY WIDE INVESTMENTS LLC
JOHN M NAZARIO
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

*A late fee of $19.70 will be imposed if payment is not received by 12/18/17.*

783

Please remit and make check payable to:

| | |
|---|---|
| Account/Note Number | 03200000691-86071 |
| Payment Due Date | 12/01/17 |
| Amount Due | $394.08 |

Additional Prin, Int, Escrow, Fees:

Amount Enclosed

WATERSTONE BANK, SSB
11200 W PLANK COURT
WAUWATOSA WI 53226

Check here for change of address or phone number and indicate changes.



5783 3333 03200000691 86071

Dec 15, 2017　　　　ACH LOAN PMT #530923 Hide details

Principal:　248.50

Interest:　306.61

Escrow:　221.75

 **bank.**

**Business Statement**
Account Number:
1         0120
Statement Period:
Dec 1, 2017
through
Dec 31, 2017

Page 1 of 3

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2167    TRN            S       Y      ST01



000158497 01 SP    106481376784648 E
ESTATE OF  CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI  53150-8487

☎                          *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                          1-800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                           usbank.com

---

## INFORMATION YOU SHOULD KNOW

### Changes effective now for cash transactions

**At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering.** We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Because of this requirement, we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

**What may be required for a cash transaction?** This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. More information on these changes is available at www.usbank.com/cashtransactions. Thank you for your assistance.

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2018.** Please contact your Banker or Treasury Management Consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

Effective January 1st, 2018 the outgoing international branch wire fee will increase from $50.00 to $70.00. For any questions, please visit your local branch or call 800-673-3555.

Effective January 1st, 2018 the returned deposited (per item) fee will increase from $12.00 to $14.00 for business checking. For any questions, please visit your local branch or call 800-673-3555.

**Protecting your accounts is our highest priority.** We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Business Edge Debit or ATM Card has not been used within the last 18 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-673-3555.

---

## SILVER BUSINESS CHECKING                                   *Member FDIC*

U.S. Bank National Association                                Account Number    -0120

### Account Summary

|                              | # Items |    |           |
|------------------------------|---------|----|-----------|
| Beginning Balance on Dec 1   |         | $  | 6,686.32  |
| Customer Deposits            | 7       |    | 6,797.00  |
| Other Deposits               | 3       |    | 6.12      |
| Other Withdrawals            | 9       |    | 2,343.37 -|
| Checks Paid                  | 9       |    | 5,402.33 -|
| **Ending Balance on Dec 31, 2017** | | $ | **5,743.74** |

### Customer Deposits

| Number | Date  | Ref Number | Amount   | Number | Date   | Ref Number | Amount   |
|--------|-------|------------|----------|--------|--------|------------|----------|
|        | Dec 5 | 8359017453 | 1,240.00 |        | Dec 12 | 8358259596 | 2,300.00 |
|        | Dec 6 | 8656127096 | 550.00   |        | Dec 14 | 8954609445 | 800.00   |



ESTATE OF CITY WIDE INVESTMENTS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-22900-SVK
25933 MUSKEGO DAM DR
MUSKEGO WI 53150-8487

**Business Statement**
Account Number:
1 823 7821 0120

Statement Period:
Dec 1, 2017
through
Dec 31, 2017

Page 2 of 3



*(handwritten, right margin, rotated):* includes utility pmts for Nov from tenants

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association
**Account Number** 1-0120

### Customer Deposits (continued)

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Dec 15 | 9255292831 | 516.00 | | Dec 26 | 8359016050 | 300.00 |
| | Dec 18 | 8059246265 | 1,091.00 | | | | |

**Total Customer Deposits**    $    **6,797.00** ←

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 6 | Electronic Deposit<br>REF=173390116295710N00 | From BILL PAY CHOICE<br>9500000000ACCT<br>CNFRMCKF969319348POS | $ | 0.50 |
| Dec 6 | Electronic Deposit<br>REF=173390116295720N00 | From BILL PAY CHOICE<br>9500000000ACCT<br>CNFRMCKF969319348POS | | 0.62 |
| Dec 26 | Addition | | 8359016714 | 5.00 |

**Total Other Deposits**    $    **6.12**

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 6 | Electronic Withdrawal<br>REF=173390116295730N00 | From BILL PAY CHOICE<br>9500000000ACCT<br>CNFRMCKF969319348POS | $ | 1.12- |
| Dec 8 | Electronic Withdrawal<br>REF=173420085579560N00 | From BANK OF AMERICA<br>9500000000ONLINE PMTCKF969319348POS | | 25.00- |
| Dec 8 | Electronic Withdrawal<br>REF=173410060019020N00 | To CAPITAL ONE<br>9541719427Online Pmt000001870347198 | | 500.00- |
| Dec 8 | Internet Banking Transfer | To Account 182355845757 | | 1,058.00- |
| Dec 18 | Proof Correction Debit | | 8059246270 | 5.00- |
| Dec 20 | Electronic Withdrawal<br>REF=173530162038970Y00 | From DLX For Business<br>1411877307BUS PROD 02041449929128 | | 85.12- |
| Dec 28 | Electronic Withdrawal<br>REF=173620139648030Y00 | From WE ENERGIES<br>13904762WEONLINE DB 5655053094 | | 96.06- |
| Dec 28 | Electronic Withdrawal<br>REF=173620139648950Y00 | From WE ENERGIES<br>13904762WEONLINE DB 6860085816 | | 304.41- |
| Dec 29 | Electronic Withdrawal<br>REF=173630065421180N00 | From BANK OF AMERICA<br>9500000000ONLINE PMTCKF969319348POS | | 268.66- |

**Total Other Withdrawals**    $    **2,343.37-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5076 | Dec 20 | 8654998879 | 233.00 | 5122 | Dec 26 | 8354552340 | 494.03 |
| 5077 | Dec 20 | 8652356798 | 100.00 | 5123 | Dec 14 | 8954565362 | 650.00 |
| 5079* | Dec 27 | 8650804908 | 367.00 | 5124 | Dec 6 | 8656127099 | 1,338.30 |
| 5080 | Dec 27 | 8650804907 | 135.00 | 5125 | Dec 15 | 9255292834 | 1,785.00 |
| 5121* | Dec 5 | 8359020301 | 300.00 | | | | |

\* Gap in check sequence     **Conventional Checks Paid (9)**    $    **5,402.33-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 5 | 7,626.32 | Dec 14 | 7,705.02 | Dec 26 | 6,914.87 |
| Dec 6 | 6,838.02 | Dec 15 | 6,436.02 | Dec 27 | 6,412.87 |
| Dec 8 | 5,255.02 | Dec 18 | 7,522.02 | Dec 28 | 6,012.40 |
| Dec 12 | 7,555.02 | Dec 20 | 7,103.90 | Dec 29 | 5,743.74 |

Balances only appear for days reflecting change.